UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Geoffrey T. Bray, Esq.
Bray & Bray, L.L.C.
900 Lanidex Plaza, Suite 230
Parsippany, NJ 07054
973-739-9600
gbray@braynjlaw.com
Attorneys for Victor Ottilio

Case No.: 26-10383-ABA
Chapter: 7

Judge: Andrew B. Altenburg Jr.

In Re:
David L. Hinchman Jr.

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Victor Ottilio. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

900 Lanidex Plaza, Suite 230
Parsippany, NJ 07054

DOCUMENTS:

X All notices entered pursuant to Fed. R. Bankr. P. 2002.

X All documents and pleadings of any nature.

Date: March 12, 2026

_____*/s/ Geoffrey T. Bray*_____
Geoffrey T. Bray
**Bray & Bray, L.L.C.**
900 Lanidex Plaza, Suite 230
Parsippany, NJ 07054
973-739-9600
FAX: 973-739-9696
Attorney for Creditor