Form finmgtc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−10383−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    David L. Hinchman Jr.
    160 Jericho Road
    Salem, NJ 08079

Social Security No.:
    xxx−xx−3822

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE CERTIFICATE OF DEBTOR EDUCATION

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider or the debtor may file a Certificate of Debtor Education proving compliance with the financial management course requirement for discharge (a separate Certificate must be filed for each debtor in a joint case). The Certificate must be filed by:

    Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s) or from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: March 26, 2026
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                            Case No. 26-10383-ABA

David L. Hinchman, Jr.                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                     Page 1 of 2

Date Rcvd: Mar 26, 2026             Form ID: finmgtc              Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David L. Hinchman, Jr., 160 Jericho Road, Salem, NJ 08079-3118 |
| aty | + | Brian S. Thomas, LLC, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2026 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2026 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |

District/off: 0312-1                              User: admin                                      Page 2 of 2
Date Rcvd: Mar 26, 2026                          Form ID: finmgtc                                 Total Noticed: 4

Daniel L Reinganum
                        on behalf of Debtor David L. Hinchman  Jr. Daniel@ReinganumLaw.com,
                        DanielReinganum@ecf.courtdrive.com;Reinganum.DanielR141976@notify.bestcase.com;admin@reinganumlaw.com;debbie@rei
                        nganumlaw.com

Geoffrey Bray
                        on behalf of Creditor Victor Ottilio gbray@braynjlaw.com

Matthew K. Fissel
                        on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6