Joseph A. McCormick, Jr. (016221977)
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
jmccormick@mcdowelllegal.com
Attorneys for Deere & Company

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>David L. Hinchman, Jr.,<br><br><br><br>Debtor. | Case No.: 26-10383-ABA<br><br>Chapter 7<br><br>Honorable Andrew B. Altenburg, Jr.<br><br>**STIPULATION EXTENDING TIME TO<br>OBJECT TO DISCHARGEABILITY** |

It is hereby stipulated and agreed by and between Daniel Reinganum, Esquire, attorney for the

Debtor, David L. Hinchman, Jr., and Joseph A. McCormick, Jr. , Esquire of McDowell Law, PC, Counsel

for Deere & Company, that the time within which Deere & Company may object to the Dischargeability of

the debt due to Deere & Company is hereby extended for a period of time to and including May 25, 2026.

DANIEL REINGANUM
Attorneys for Debtor

By: _____
    Daniel Reinganum

Dated: 3-24-2026

MCDOWELL LAW, PC
Counsel for Trustee

By: _____
    Joseph A. McCormick, Jr

Dated: 4/2/26

M:\Active Files\John Deere Financial\Hinchman, David\Bankruptcy\Dischargeability\Stipulation extending time to object to dischargeability 03 24 26.wpd