UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire
Bar No. 1980

Order Filed on April 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

In Re:

DAVID L. HINCHMAN, JR.

Case No.:    26-10383

Chapter:    ABA

Judge:    7

**ORDER AUTHORIZING RETENTION OF**

eXp Realty

The relief set forth on the following page is **ORDERED**.

**DATED: April 7, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain        eXp Realty

as       realtor      , it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:    28 Valley Road #1

Montclair, NJ 08072

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*