UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire
Bar No. 1980

**Order Filed on April 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DAVID L. HINCHMAN, JR.

Case No.:       26-10383

Chapter:          ABA

Judge:             7

## ORDER AUTHORIZING RETENTION OF

eXp Realty

The relief set forth on the following page is **ORDERED**.

**DATED: April 7, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____eXp Realty_____

as _____realtor_____, it is hereby ORDERED:

1.   The applicant is authorized to retain the above party in the professional capacity noted.

     The professional's address is:   28 Valley Road #1

                                      Montclair, NJ 08072

                                      _____

2.   Compensation will be paid in such amounts as may be allowed by the Court on proper

     application(s).

3.   If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

     ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

     ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

     13 case. Payment to the professional may only be made after satisfactory completion of

     services.

4.   The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-10383-ABA

David L. Hinchman, Jr.                                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

**Recip ID              Recipient Name and Address**
db                + David L. Hinchman, Jr., 160 Jericho Road, Salem, NJ 08079-3118

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

**Name               Email Address**

Brian Thomas
    on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com

Brian Thomas
    brian@brianthomaslaw.com  bthomas@ecf.axosfs.com

Daniel L Reinganum
    on behalf of Debtor David L. Hinchman  Jr. Daniel@ReinganumLaw.com,
    DanielReinganum@ecf.courtdrive.com;Reinganum.DanielR141976@notify.bestcase.com;admin@reinganumlaw.com;debbie@reinganumlaw.com

Geoffrey Bray
    on behalf of Creditor Victor Ottilio gbray@braynjlaw.com

Joseph A McCormick, Jr.
    on behalf of Creditor Deere & Company jmccormick@mcdowelllegal.com
    djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

District/off: 0312-1                         User: admin                                   Page 2 of 2
Date Rcvd: Apr 07, 2026                      Form ID: pdf903                          Total Noticed: 1

Matthew K. Fissel
                    on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7