| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David L. Hinchman Jr. | Social Security number or ITIN   xxx–xx–3822 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:   26–10383–ABA | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David L. Hinchman Jr.

4/17/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-10383-ABA |
| David L. Hinchman, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 17, 2026 | Form ID: 318 | Total Noticed: 126 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David L. Hinchman, Jr., 160 Jericho Road, Salem, NJ 08079-3118 |
| aty | + | Brian S. Thomas, LLC, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| r | + | EXP Realty, LLC, 28 Valley Road, Suite 1, Montclair, NJ 07042-2709 |
| 521071796 | + | Apollo Funding Co., Piekarski Law PLLC, 17 State Street, Suite 1800, New York, NY 10004-1600 |
| 520946231 | + | Associated Truck Parts, 1075 E. Philadelphia Avenue, Gilbertsville, PA 19525-9518 |
| 520946233 | + | Atlantic Utility, 137 Crown Point Road, Thorofare, NJ 08086-2173 |
| 520946234 | ++ | BCA CAPITAL PARTNERS LLC, 100 OCEANSIDE DRIVE, NASHVILLE TN 37204-2351 address filed with court:, BCA Capital Partners LLC, 100 Oceanside Drive, Nashville, TN 37204 |
| 520946235 | + | Bergey's, 462 Harleysville Pike, Souderton, PA 18964-2153 |
| 520946236 | + | Blue Beacon Inc., P.O. Box 856, Salina, KS 67402-0856 |
| 520946238 | + | CES Towing, 340 Cox Street, Roselle, NJ 07203-1704 |
| 520946241 | + | Commercial Vehicle Finance LLC, 67 Crystal Ave., Floor 2, Avenel, NJ 07001-1125 |
| 520946243 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 520946244 | + | Craig's Auto Radiator Warehouse, Inc., 419 Delsea Drive, Sewell, NJ 08080-9337 |
| 520946253 | + | DRBA, PO Box 71, New Castle, DE 19720-0071 |
| 520946246 | | Deal Credit Corp., 768 Shrewsbury Ave, Eatontown, NJ 07724 |
| 520946310 | + | Dealaware River Joint Toll Bridge Comm., PO Box 4971, Trenton, NJ 08650-4971 |
| 520946247 | + | Dealcredcorp, 766 Shrewsbury Ave East, Tinton Falls, NJ 07724-3001 |
| 520946249 | | Delaware E-ZPass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 520946251 | + | Delaware River Port Authority, One Point Center, 2 Riverside Drive, Camden, NJ 08103-1019 |
| 520946250 | + | Delaware River and Bay Authority, NJ EZ Pass PO Box 4971, Trenton, NJ 08650-4971 |
| 520946254 | + | DriveERT Elizabeth River Tunnels, 309 County Street, Portsmouth, VA 23704-3701 |
| 520946256 | | E-ZPass, Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 520946255 | | E-ZPass Virginia, Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 520946260 | | EZ Pass New Hampshire, PO Box 9687, Manchester, NH 03108-9687 |
| 520946261 | + | EZDriveMA, 27 Midstate Drive, Auburn, MA 01501-1877 |
| 520946257 | + | Elvin Munoz-Gutierrez, c/o Vincent Guida, Esq., 2 Lincoln Avenue, Suite 400, Rockville Centre, NY 11570-5775 |
| 520946258 | + | Enstructure Wilmington, 1 Hausel Rd, Wilmington, DE 19801-5882 |
| 520946263 | + | Florida DOT (FDOT), PO Box 31241, Tampa, FL 33631-3241 |
| 520946264 | + | Gabrielli Truck Sales, 2160 US Route 322, Swedesboro, NJ 08085-3630 |
| 520946265 | + | Garden Truck Stop, 2114 W Garden Rd, Vineland, NJ 08360-1534 |
| 520946311 | | Geoffrey T. Bray, Esq., 100 Misty Lane, Parsippany, NJ 07054-2710 |
| 520946266 | + | Harris & Harris, LTD, PO Box 186, Chicago, IL 60690-0186 |
| 520952391 | + | Jason Gang, Esq., PO Box 478, Hewlett, NY 11557-0478 |
| 520946222 | + | Judy E. Clour, 324 Salem Hancocks Bridge Road, Salem, NJ 08079-9421 |
| 520946269 | + | KLB Funding LLC, 380 Wayne Terrace, Union, NJ 07083-9123 |
| 520946270 | + | KLB Funding LLC Pension Plan, 380 Wayne Ter., Union, NJ 07083-9123 |
| 520946271 | + | KLB Funding LLC Profit Sharing Plan, 380 Wayne Ter., Union, NJ 07083-9123 |
| 520946272 | + | Liberty Kenworth, 2160 US 322, Swedesboro, NJ 08085-3630 |
| 520946275 | + | MCA Funding Group LLC, c/o SPI Agent Solutions, Inc, 407 N. Highland Avenue, Nyack, NY 10960-1335 |
| 520946273 | | Mark Laurella Farms a/k/a, LTR Trailers, LLC, 153 Carmel Road, Bridgeton, NJ 08302 |
| 520946274 | | Massachussets Dept. of Transportation, PO Box 847840, Boston, MA 02284-7840 |
| 520946276 | + | Midway Trailers Inc., P.O. Box 275, Benton, MO 63736-0275 |
| 520946277 | | New Hampshire EZ Pass, PO Box 9687, Manchester, NH 03108-9687 |
| 520946280 | + | North Mill Equipment Trust, 9 Executive Circle, Suite 230, Irvine, CA 92614-4701 |

District/off: 0312-1     User: admin     Page 2 of 5

Date Rcvd: Apr 17, 2026     Form ID: 318     Total Noticed: 126

| | | |
|---|---|---|
| 520946281 | + | Ohio Turnpike and Infrastructure Comm., 682 Prospect Street, Berea, OH 44017-2799 |
| 520946316 | + | Paul H. Scull, Jr. Esq., 151 N. Broadway, Pennsville, NJ 08070-1648 |
| 520946318 | + | Port Authority NY NY, PO Box 4971, Trenton, NJ 08650-4971 |
| 520946284 | + | Premier Orthopedic Associates, 352 S. Delsea Drive, Vineland, NJ 08360-5302 |
| 520946223 | + | Quinton Township, Tax Sale Notice, P.O. Box 128, Quinton, NJ 08072-0128 |
| 520946320 | + | Rebecca Sheets, 160 Jericho Road, Salem, NJ 08079-3118 |
| 520946286 | + | Rudi Gruenberg, Esq., 704 E. Main Street, Suite E, Moorestown, NJ 08057-3071 |
| 520946289 | + | STTC Service Tire, 2255 Avenue A, Bethlehem, PA 18017-2165 |
| 520946287 | + | Sarah Elizabeth Azzante, 157 West Avenue, Shiloh, NJ 08353-8800 |
| 520946288 | + | Stantons Marina, 1199 S. Broadway, Pennsville, NJ 08070-9611 |
| 520946226 | + | State of New Jersey, Department of Transportation, PO 600, Trenton, NJ 08625-0600 |
| 520946225 | | State of New Jersey, Division of Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 520946297 | + | The Citizens Bank, a state bank, 17300 Chenal Parkway, Suite 320, Little Rock, AR 72223-5804 |
| 520946299 | + | Total Trailers, PO Box 275, Benton, MO 63736-0275 |
| 520946319 | | Turner Law Firm, LLC, Andrew R. Turner, Esq., 76 South Orange Ave, PO Box 526, South Orange, NJ 07079-0526 |
| 520946304 | + | Victor Otillio, 645 Rockport Road, Hackettstown, NJ 07840-5222 |
| 520946307 | | WEX Bank, PO Box 57748, Salt Lake City, UT 84157-0748 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QBTHOMAS.COM | Apr 18 2026 00:40:00 | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 17 2026 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 17 2026 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: litbkcourtmail@johndeere.com | Apr 17 2026 20:48:00 | Deere & Company, PO Box 6600, Johnston, IA 50131 |
| 520946295 | | Email/Text: akron_patient_services@teamhealth.com | Apr 17 2026 20:48:00 | Team Health, Akron Billing Center, 3585 Ridge Park Dr., Fairlawn, OH 44333-8203 |
| 520946309 | + | EDI: GMACFS.COM | Apr 18 2026 00:40:00 | Ally Bank, 200 West Civic Center Drive, Sandy, UT 84070-4207 |
| 520947473 | + | EDI: AISACG.COM | Apr 18 2026 00:40:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520947469 | + | EDI: AISACG.COM | Apr 18 2026 00:40:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520946228 | + | EDI: GMACFS.COM | Apr 18 2026 00:40:00 | Ally Financial, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 520946218 | + | EDI: GMACFS.COM | Apr 18 2026 00:40:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520946219 | + | EDI: GMACFS.COM | Apr 18 2026 00:40:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 520946229 | ^ | MEBN | Apr 17 2026 20:45:54 | Altus Recievables Management, 2121 Airline Drive, Suite 520, Metairie, LA 70001-5987 |
| 521058719 | + | Email/Text: bankruptcy@amuref.com | Apr 17 2026 20:50:00 | Amur Equipment Finance, 304 W 3rd St, Grand Island, NE 68801-5941 |
| 520946230 | + | Email/Text: bankruptcy@amuref.com | Apr 17 2026 20:50:00 | Amur Equipment Finance, Inc., 308 N. Locust Street #100, Grand Island, NE 68801-5985 |
| 521073190 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 20:56:33 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

District/off: 0312-1                                          User: admin                                          Page 3 of 5

Date Rcvd: Apr 17, 2026                                      Form ID: 318                                         Total Noticed: 126

29603-0587

| 520946232 | + Email/Text: bankruptcy@pepcoholdings.com | | |
| | | Apr 17 2026 20:49:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520946234 | Email/Text: emily.cox@bca247.com | | |
| | | Apr 17 2026 20:49:00 | BCA Capital Partners LLC, 100 Oceanside Drive, Nashville, TN 37204 |
| 520946240 | Email/Text: nafaxhrbk@cnhind.com | | |
| | | Apr 17 2026 20:49:00 | CNH Capital, PO Box 63048, Newark, NJ 07101-8065 |
| 521067627 | + EDI: COMCASTCBLCENT | | |
| | | Apr 18 2026 00:40:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520946237 | + Email/Text: cms-bk@cms-collect.com | | |
| | | Apr 17 2026 20:49:00 | Capital Management Service LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 520946220 | + EDI: CAPONEAUTO.COM | | |
| | | Apr 18 2026 00:40:00 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520948506 | + EDI: AISACG.COM | | |
| | | Apr 18 2026 00:40:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520946239 | + EDI: CITICORP | | |
| | | Apr 18 2026 00:40:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521064546 | EDI: CITICORP | | |
| | | Apr 18 2026 00:40:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520946242 | ^ MEBN | | |
| | | Apr 17 2026 20:46:24 | Commonwealth of Massachusetts, EZDriveMA, PO Box 847840, Boston, MA 02284-7840 |
| 520946245 | EDI: CCS.COM | | |
| | | Apr 18 2026 00:40:00 | Credit Collection Services, PO Box 337, Norwood, MA 02062-0337 |
| 520968710 | Email/Text: litbkcourtmail@johndeere.com | | |
| | | Apr 17 2026 20:48:00 | John Deere Financial, 6400 NW 86th St, Johnston, IA 50131 |
| 520946252 | EDI: DISCOVER | | |
| | | Apr 18 2026 00:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 520946305 | Email/Text: correspondence@duncansolutions.com | | |
| | | Apr 17 2026 20:49:00 | Violation Enforcement Services, PO Box 1212, Horseheads, NY 14845-1200 |
| 520946248 | ^ MEBN | | |
| | | Apr 17 2026 20:46:21 | Delaware Dept. of Transportation, PO Box 697, Dover, DE 19903-0697 |
| 520946259 | ^ MEBN | | |
| | | Apr 17 2026 20:45:55 | Express Lanes, c/o JP Morgan chase, PO Box 28148, New York, NY 10087-8148 |
| 520946262 | Email/Text: rmurphy1@firstinsurancefunding.com | | |
| | | Apr 17 2026 20:49:00 | First Insurance Funding, 450 Skokie Blvd, Ste 1000, Northbrook, IL 60062-7917 |
| 520946221 | + Email/Text: bankruptcy@huntington.com | | |
| | | Apr 17 2026 20:49:00 | Huntington National Bank, Attn: Bankrupty, P.O. Box 340996, Columbus, OH 43234-0996 |
| 520946267 | + Email/Text: robbinsa1@ihn.org | | |
| | | Apr 17 2026 20:49:00 | Inspira, 333 Irvin Avenue, Bridgeton, NJ 08302-2123 |
| 520946224 | EDI: IRS.COM | | |
| | | Apr 18 2026 00:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520946268 | + Email/Text: legal@keystoneefc.com | | |
| | | Apr 17 2026 20:50:00 | Keystone Equipment Finance Corp., 433 S. Main Street, Suite 300, West Hartford, CT 06110-2810 |
| 520946315 | Email/Text: compliance@thelandmarkcorp.com | | |
| | | Apr 17 2026 20:48:00 | P & B Capital Group LLC, 455 Center Road, Buffalo, NY 14224 |
| 520946312 | + Email/Text: jason@jasongang.com | | |
| | | Apr 17 2026 20:50:00 | Law Office of Jason Gang, Jason A. Gang, Esq., 1245 Hewlett Plaza, Suite #478, Hewlett, NY 11557-4021 |
| 520946313 | + Email/Text: NY-Bankruptcy@lgbs.com | | |
| | | Apr 17 2026 20:49:00 | Linebarger Goggan Blair and Sampson, LLP, 61 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Broadway, Suite 2600, New York, NY 10006-2840 |
| 520946314 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | |
|  |  | Apr 17 2026 20:48:00 | NJ Turnpike Authority, PO Box 4971, Trenton, NJ 08650 |
| 520946278 | | Email/Text: bankruptcy@thruway.ny.gov | |
|  |  | Apr 17 2026 20:49:00 | New York State Thruway Authority, 200 Southern Boulevard, PO Box 189, Albany, NY 12201 |
| 520970942 | + | Email/Text: emiller@northmillef.com | |
|  |  | Apr 17 2026 20:49:00 | North Mill Credit Trust, 601 Merritt 7 - Suite 5, Norwalk, CT 06851-1097 |
| 520946279 | + | Email/Text: emiller@northmillef.com | |
|  |  | Apr 17 2026 20:49:00 | North Mill Equipment Finance LLC, 601 Merritt 7, Suite 5, Norwalk, CT 06851-1097 |
| 520946283 | | Email/Text: bankruptcies@penncredit.com | |
|  |  | Apr 17 2026 20:49:00 | Penncredit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 520946317 | | Email/Text: bknotices@pilottravelcenters.com | |
|  |  | Apr 17 2026 20:49:00 | Pilot Flying J, 5508 Lonas Drive, 37909 |
| 520958656 | | Email/Text: bknotices@pilottravelcenters.com | |
|  |  | Apr 17 2026 20:49:00 | Pilot Travel Centers LLC, 5508 Lonas Drive, Knoxville, TN 37909 |
| 520946282 | ^ | MEBN | |
|  |  | Apr 17 2026 20:45:46 | Paycor, Inc., PO Box 639860, Cincinnati, OH 45263-9860 |
| 520946285 | + | Email/Text: Correspondence@DuncanSolutions.com | |
|  |  | Apr 17 2026 20:49:00 | Profession Account Management LLC, PO Box 500, Horseheads, NY 14845-0500 |
| 521073211 | | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Apr 17 2026 20:56:33 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520946227 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
|  |  | Apr 17 2026 20:48:00 | State of New Jersey Division of Taxation, ATTN: Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520946290 | + | EDI: SYNC | |
|  |  | Apr 18 2026 00:40:00 | Syncb/Verizon, Attn: Bankruptcy Department, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520946291 | + | EDI: SYNC | |
|  |  | Apr 18 2026 00:40:00 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 520946292 | + | Email/Text: synovusbankruptcy@synovus.com | |
|  |  | Apr 17 2026 20:50:00 | Synovus Bank, Attn: Bankrupty Department, P.O.Box 120, Columbus, GA 31902-0120 |
| 520946294 | | EDI: TDBANKNORTH.COM | |
|  |  | Apr 18 2026 00:40:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520946293 | + | EDI: TDBANKNORTH.COM | |
|  |  | Apr 18 2026 00:40:00 | TD Bank, Attn: Legal Order Processing, 4140 Church Road, Mount Laurel, NJ 08054-2221 |
| 520971865 | ^ | MEBN | |
|  |  | Apr 17 2026 20:45:49 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520946296 | ^ | MEBN | |
|  |  | Apr 17 2026 20:47:18 | The CBE Group, Inc., PO Box 2217, Waterloo, IA 50704-2217 |
| 520946298 | | Email/Text: bankruptcy@huntington.com | |
|  |  | Apr 17 2026 20:49:00 | The Huntington National Bank, PO Box 182519, Columbus, OH 43218-2519 |
| 520946300 | + | Email/Text: bankruptcydepartment@tsico.com | |
|  |  | Apr 17 2026 20:50:00 | Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 520946301 | + | Email/Text: legal@tuckeralbin.com | |
|  |  | Apr 17 2026 20:49:00 | Tucker, Albin and Associates, Inc., 1702 N. Collins Blvd., Richardson, TX 75080-3566 |
| 521041208 | + | EDI: AIS.COM | |
|  |  | Apr 18 2026 00:40:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520946302 | | EDI: VERIZONCOMB.COM | |
|  |  | Apr 18 2026 00:40:00 | Verizon Connect, P.O. Box 16801, Newark, NJ 07101-6801 |
| 520946303 | + | EDI: VERIZONCOMB.COM | |
|  |  | Apr 18 2026 00:40:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Saint Charles, MO |

| | | | | 63304-2225 |
|---|---|---|---|---|
| 520946306 | + EDI: WFFC2 | | Apr 18 2026 00:40:00 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 521063664 | EDI: WFCCSBK | | Apr 18 2026 00:40:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520946308 | + EDI: COMCASTCBLCENT | | Apr 18 2026 00:40:00 | Xfinity, 676 Island Pond Road, Manchester, NH 03109-5420 |

TOTAL: 66

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Daniel L Reinganum | on behalf of Debtor David L. Hinchman  Jr. Daniel@ReinganumLaw.com, DanielReinganum@ecf.courtdrive.com;Reinganum.DanielR141976@notify.bestcase.com;admin@reinganumlaw.com;debbie@reinganumlaw.com |
| Geoffrey Bray | on behalf of Creditor Victor Ottilio gbray@braynjlaw.com |
| Joseph A McCormick, Jr. | on behalf of Creditor Deere & Company jmccormick@mcdowelllegal.com djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com |
| Matthew K. Fissel | on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7