UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.:      26-10383

David L. Hinchman                               Chapter:       7

                                                Judge:         ABA

---

### NOTICE OF PROPOSED PRIVATE SALE

---

Brian S. Thomas, Chapter 7 Trustee, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:**  United States Bankruptcy Court

　　　　　　　　　　　401 Market Street

　　　　　　　　　　　Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on May 26, 2026 at 10 a.m. at the United States Bankruptcy Court, courtroom no. 4B,  400 Cooper Street, 4th Floor, Camden, NJ 08101. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:**    160 Jericho Road, Salem, NJ 08079

　　　　　　　　　　　　　　　　　　Block 34, Lot 37 (Tax Map of Quinton Township)

**Proposed Purchaser:**  Kyle and Hope Peck

**Sale price:** $501,000.00.

　　　　　Deposit: $5,000.00 (non-refundable)

　　　　　Closing: May 28, 2026 or upon Bankruptcy Court approval.

　　　　　Contingencies: Financing by May 06, 2026.

　　　　　Brokers Fees: EXP Realty, LLC and HOF Realty 5% to be paid at closing, subject to

Bankruptcy

Court approval.

　　　　　Other relevant provisions: Trustee has signed the Agreement of Sale as Chapter 7 Trustee only and has no individual liability whatsoever. Property is co-owned by debtor's wife, Rebecca Hinchman aka Rebecca Sheets. Rebecca Hinchman will sign a Consent Order wherein she will receive 50% of net proceeds at closing after payment of liens, mortgages, closing costs, realtor fees, realty transfer fees and other nominal costs of closing. Debtor is entitled to statutory exemption.

x　　　　Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:**  EXP Realty, LLC and HOF Realty

**Amount to be paid:**  5% (commission divided equally)

**Services rendered:**  Listing & marketing of subject property

Higher and better offers will be received. If a higher bid is received, the Trustee shall conduct an auction upon terms set by the Trustee, which shall be conducted shortly following the date of the higher offer submission, and upon notice to all interested parties.  They must be in writing, exceed the current price by 10%, and filed with the clerk, with a copy to the Chapter 7 Trustee, not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:        Brian S. Thomas

Address:        327 Central Avenue, Linwood, NJ 08221

Telephone No.: 609-601-6066

*rev.8/1/15*