UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 26-10383 |
| David L. Hinchman | | Chapter: | 7 |
| | | Judge: | ABA |

---

### NOTICE OF PROPOSED PRIVATE SALE

---

Brian S. Thomas, Chapter 7 Trustee, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:** United States Bankruptcy Court

401 Market Street

Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on May 26, 2026 at 10 a.m. at the United States Bankruptcy Court, courtroom no. 4B,  400 Cooper Street, 4th Floor, Camden, NJ 08101. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:**   160 Jericho Road, Salem, NJ 08079

Block 34, Lot 37 (Tax Map of Quinton Township)

**Proposed Purchaser:**  Kyle and Hope Peck

**Sale price:** $501,000.00.

Deposit: $5,000.00 (non-refundable)

Closing: May 28, 2026 or upon Bankruptcy Court approval.

Contingencies: Financing by May 06, 2026.

Brokers Fees: EXP Realty, LLC and HOF Realty 5% to be paid at closing, subject to

Bankruptcy

Court approval.

Other relevant provisions: Trustee has signed the Agreement of Sale as Chapter 7 Trustee only and has no individual liability whatsoever. Property is co-owned by debtor's wife, Rebecca Hinchman aka Rebecca Sheets. Rebecca Hinchman will sign a Consent Order wherein she will receive 50% of net proceeds at closing after payment of liens, mortgages, closing costs, realtor fees, realty transfer fees and other nominal costs of closing. Debtor is entitled to statutory exemption.

x        Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:**  EXP Realty, LLC and HOF Realty

**Amount to be paid:**  5% (commission divided equally)

**Services rendered:**  Listing & marketing of subject property

Higher and better offers will be received. If a higher bid is received, the Trustee shall conduct an auction upon terms set by the Trustee, which shall be conducted shortly following the date of the higher offer submission, and upon notice to all interested parties. They must be in writing, exceed the current price by 10%, and filed with the clerk, with a copy to the Chapter 7 Trustee, not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:          Brian S. Thomas

Address:       327 Central Avenue, Linwood, NJ 08221

Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                     Case No. 26-10383-ABA

David L. Hinchman, Jr.                                      Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: pdf905 | Total Noticed: 127 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David L. Hinchman, Jr., 160 Jericho Road, Salem, NJ 08079-3118 |
| aty | + | Brian S. Thomas, LLC, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| r | + | EXP Realty, LLC, 28 Valley Road, Suite 1, Montclair, NJ 07042-2709 |
| 521071796 | + | Apollo Funding Co., Piekarski Law PLLC, 17 State Street, Suite 1800, New York, NY 10004-1600 |
| 520946231 | + | Associated Truck Parts, 1075 E. Philadelphia Avenue, Gilbertsville, PA 19525-9518 |
| 520946233 | + | Atlantic Utility, 137 Crown Point Road, Thorofare, NJ 08086-2173 |
| 520946234 | ++ | BCA CAPITAL PARTNERS LLC, 100 OCEANSIDE DRIVE, NASHVILLE TN 37204-2351 address filed with court:, BCA Capital Partners LLC, 100 Oceanside Drive, Nashville, TN 37204 |
| 520946235 | + | Bergey's, 462 Harleysville Pike, Souderton, PA 18964-2153 |
| 520946236 | + | Blue Beacon Inc., P.O. Box 856, Salina, KS 67402-0856 |
| 520946238 | + | CES Towing, 340 Cox Street, Roselle, NJ 07203-1704 |
| 520946241 | + | Commercial Vehicle Finance LLC, 67 Crystal Ave., Floor 2, Avenel, NJ 07001-1125 |
| 520946243 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 520946244 | + | Craig's Auto Radiator Warehouse, Inc., 419 Delsea Drive, Sewell, NJ 08080-9337 |
| 520946253 | + | DRBA, PO Box 71, New Castle, DE 19720-0071 |
| 520946246 | | Deal Credit Corp., 768 Shrewsbury Ave, Eatontown, NJ 07724 |
| 520946310 | + | Dealaware River Joint Toll Bridge Comm., PO Box 4971, Trenton, NJ 08650-4971 |
| 520946247 | + | Dealcredcorp, 766 Shrewsbury Ave East, Tinton Falls, NJ 07724-3001 |
| 520946249 | | Delaware E-ZPass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 520946251 | + | Delaware River Port Authority, One Point Center, 2 Riverside Drive, Camden, NJ 08103-1019 |
| 520946250 | + | Delaware River and Bay Authority, NJ EZ Pass PO Box 4971, Trenton, NJ 08650-4971 |
| 520946254 | + | DriveERT Elizabeth River Tunnels, 309 County Street, Portsmouth, VA 23704-3701 |
| 520946256 | | E-ZPass, Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 520946255 | | E-ZPass Virginia, Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 520946260 | | EZ Pass New Hampshire, PO Box 9687, Manchester, NH 03108-9687 |
| 520946261 | + | EZDriveMA, 27 Midstate Drive, Auburn, MA 01501-1877 |
| 520946257 | + | Elvin Munoz-Gutierrez, c/o Vincent Guida, Esq., 2 Lincoln Avenue, Suite 400, Rockville Centre, NY 11570-5775 |
| 520946258 | + | Enstructure Wilmington, 1 Hausel Rd, Wilmington, DE 19801-5882 |
| 520946263 | + | Florida DOT (FDOT), PO Box 31241, Tampa, FL 33631-3241 |
| 520946264 | + | Gabrielli Truck Sales, 2160 US Route 322, Swedesboro, NJ 08085-3630 |
| 520946265 | + | Garden Truck Stop, 2114 W Garden Rd, Vineland, NJ 08360-1534 |
| 520946311 | | Geoffrey T. Bray, Esq., 100 Misty Lane, Parsippany, NJ 07054-2710 |
| 520946266 | + | Harris & Harris, LTD, PO Box 186, Chicago, IL 60690-0186 |
| 520952391 | + | Jason Gang, Esq., PO Box 478, Hewlett, NY 11557-0478 |
| 520946222 | + | Judy E. Clour, 324 Salem Hancocks Bridge Road, Salem, NJ 08079-9421 |
| 520946269 | + | KLB Funding LLC, 380 Wayne Terrace, Union, NJ 07083-9123 |
| 520946270 | + | KLB Funding LLC Pension Plan, 380 Wayne Ter., Union, NJ 07083-9123 |
| 520946271 | + | KLB Funding LLC Profit Sharing Plan, 380 Wayne Ter., Union, NJ 07083-9123 |
| 520946272 | + | Liberty Kenworth, 2160 US 322, Swedesboro, NJ 08085-3630 |
| 520946275 | + | MCA Funding Group LLC, c/o SPI Agent Solutions, Inc, 407 N. Highland Avenue, Nyack, NY 10960-1335 |
| 520946273 | | Mark Laurella Farms a/k/a, LTR Trailers, LLC, 153 Carmel Road, Bridgeton, NJ 08302 |
| 520946274 | | Massachussets Dept. of Transportation, PO Box 847840, Boston, MA 02284-7840 |
| 520946276 | + | Midway Trailers Inc., P.O. Box 275, Benton, MO 63736-0275 |
| 520946277 | | New Hampshire EZ Pass, PO Box 9687, Manchester, NH 03108-9687 |
| 520946280 | + | North Mill Equipment Trust, 9 Executive Circle, Suite 230, Irvine, CA 92614-4701 |

District/off: 0312-1 | User: admin | Page 2 of 5
Date Rcvd: Apr 29, 2026 | Form ID: pdf905 | Total Noticed: 127

| | | |
|---|---|---|
| 520946281 | + | Ohio Turnpike and Infrastructure Comm., 682 Prospect Street, Berea, OH 44017-2799 |
| 520946316 | + | Paul H. Scull, Jr. Esq., 151 N. Broadway, Pennsville, NJ 08070-1648 |
| 520946318 | + | Port Authority NY NY, PO Box 4971, Trenton, NJ 08650-4971 |
| 520946284 | + | Premier Orthopedic Associates, 352 S. Delsea Drive, Vineland, NJ 08360-5302 |
| 520946223 | + | Quinton Township, Tax Sale Notice, P.O. Box 128, Quinton, NJ 08072-0128 |
| 520946320 | + | Rebecca Sheets, 160 Jericho Road, Salem, NJ 08079-3118 |
| 520946286 | + | Rudi Gruenberg, Esq., 704 E. Main Street, Suite E, Moorestown, NJ 08057-3071 |
| 520946289 | + | STTC Service Tire, 2255 Avenue A, Bethlehem, PA 18017-2165 |
| 520946287 | + | Sarah Elizabeth Azzante, 157 West Avenue, Shiloh, NJ 08353-8800 |
| 520946288 | + | Stantons Marina, 1199 S. Broadway, Pennsville, NJ 08070-9611 |
| 520946226 | + | State of New Jersey, Department of Transportation, PO 600, Trenton, NJ 08625-0600 |
| 520946225 | | State of New Jersey, Division of Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 520946297 | + | The Citizens Bank, a state bank, 17300 Chenal Parkway, Suite 320, Little Rock, AR 72223-5804 |
| 520946299 | + | Total Trailers, PO Box 275, Benton, MO 63736-0275 |
| 520946319 | | Turner Law Firm, LLC, Andrew R. Turner, Esq., 76 South Orange Ave, PO Box 526, South Orange, NJ 07079-0526 |
| 520946304 | + | Victor Otillio, 645 Rockport Road, Hackettstown, NJ 07840-5222 |
| 520946307 | | WEX Bank, PO Box 57748, Salt Lake City, UT 84157-0748 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 29 2026 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 29 2026 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: litbkcourtmail@johndeere.com | Apr 29 2026 20:51:00 | Deere & Company, PO Box 6600, Johnston, IA 50131 |
| 520946295 | | Email/Text: akron_patient_services@teamhealth.com | Apr 29 2026 20:51:00 | Team Health, Akron Billing Center, 3585 Ridge Park Dr., Fairlawn, OH 44333-8203 |
| 520946309 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 29 2026 20:51:00 | Ally Bank, 200 West Civic Center Drive, Sandy, UT 84070-4207 |
| 520947473 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2026 20:59:53 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520947469 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2026 20:59:41 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520946228 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 29 2026 20:51:00 | Ally Financial, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 520946218 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 29 2026 20:51:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520946219 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 29 2026 20:51:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 520946229 | ^ | MEBN | Apr 29 2026 20:48:20 | Altus Recievables Management, 2121 Airline Drive, Suite 520, Metairie, LA 70001-5987 |
| 521058719 | + | Email/Text: bankruptcy@amuref.com | Apr 29 2026 20:53:00 | Amur Equipment Finance, 304 W 3rd St, Grand Island, NE 68801-5941 |
| 520946230 | + | Email/Text: bankruptcy@amuref.com | Apr 29 2026 20:53:00 | Amur Equipment Finance, Inc., 308 N. Locust Street #100, Grand Island, NE 68801-5985 |
| 521073190 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 20:59:19 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520946232 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 29 2026 20:52:00 | Atlantic City Electric, PO Box 13610, |

| | | | |
|---|---|---|---|
| | | | Philadelphia, PA 19101-3610 |
| 520946234 | | Email/Text: emily.cox@bca247.com | |
| | | Apr 29 2026 20:52:00 | BCA Capital Partners LLC, 100 Oceanside Drive, Nashville, TN 37204 |
| 520946240 | | Email/Text: nafaxhrbk@cnhind.com | |
| | | Apr 29 2026 20:52:00 | CNH Capital, PO Box 63048, Newark, NJ 07101-8065 |
| 521067627 | + | Email/Text: documentfiling@lciinc.com | |
| | | Apr 29 2026 20:51:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520946237 | + | Email/Text: cms-bk@cms-collect.com | |
| | | Apr 29 2026 20:52:00 | Capital Management Service LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 520946220 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | |
| | | Apr 29 2026 20:59:17 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520948506 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
| | | Apr 29 2026 20:59:41 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521076853 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Apr 29 2026 20:51:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 520946239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 29 2026 20:59:57 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521064546 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 29 2026 21:10:10 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520946242 | ^ | MEBN | |
| | | Apr 29 2026 20:47:45 | Commonwealth of Massachusetts, EZDriveMA, PO Box 847840, Boston, MA 02284-7840 |
| 520946245 | | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | Apr 29 2026 20:53:00 | Credit Collection Services, PO Box 337, Norwood, MA 02062-0337 |
| 520968710 | | Email/Text: litbkcourtmail@johndeere.com | |
| | | Apr 29 2026 20:51:00 | John Deere Financial, 6400 NW 86th St, Johnston, IA 50131 |
| 520946252 | | Email/Text: mrdiscen@discover.com | |
| | | Apr 29 2026 20:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 520946305 | | Email/Text: correspondence@duncansolutions.com | |
| | | Apr 29 2026 20:52:00 | Violation Enforcement Services, PO Box 1212, Horseheads, NY 14845-1200 |
| 520946248 | ^ | MEBN | |
| | | Apr 29 2026 20:49:16 | Delaware Dept. of Transportation, PO Box 697, Dover, DE 19903-0697 |
| 520946259 | ^ | MEBN | |
| | | Apr 29 2026 20:48:21 | Express Lanes, c/o JP Morgan chase, PO Box 28148, New York, NY 10087-8148 |
| 520946262 | | Email/Text: rmurphy1@firstinsurancefunding.com | |
| | | Apr 29 2026 20:52:00 | First Insurance Funding, 450 Skokie Blvd, Ste 1000, Northbrook, IL 60062-7917 |
| 520946221 | + | Email/Text: bankruptcy@huntington.com | |
| | | Apr 29 2026 20:52:00 | Huntington National Bank, Attn: Bankrupty, P.O. Box 340996, Columbus, OH 43234-0996 |
| 520946267 | + | Email/Text: robbinsa1@ihn.org | |
| | | Apr 29 2026 20:52:00 | Inspira, 333 Irvin Avenue, Bridgeton, NJ 08302-2123 |
| 520946224 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Apr 29 2026 20:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520946268 | + | Email/Text: legal@keystoneefc.com | |
| | | Apr 29 2026 20:52:00 | Keystone Equipment Finance Corp., 433 S. Main Street, Suite 300, West Hartford, CT 06110-2810 |
| 520946315 | | Email/Text: compliance@thelandmarkcorp.com | |
| | | Apr 29 2026 20:51:00 | P & B Capital Group LLC, 455 Center Road, Buffalo, NY 14224 |
| 520946312 | + | Email/Text: jason@jasongang.com | |
| | | Apr 29 2026 20:53:00 | Law Office of Jason Gang, Jason A. Gang, Esq., 1245 Hewlett Plaza, Suite #478, Hewlett, NY 11557-4021 |
| 520946313 | + | Email/Text: NY-Bankruptcy@lgbs.com | |

| | | | |
|---|---|---|---|
| | | Apr 29 2026 20:52:00 | Linebarger Goggan Blair and Sampson, LLP, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 520946314 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 29 2026 20:51:00 | NJ Turnpike Authority, PO Box 4971, Trenton, NJ 08650 |
| 520946278 | Email/Text: bankruptcy@thruway.ny.gov | Apr 29 2026 20:52:00 | New York State Thruway Authority, 200 Southern Boulevard, PO Box 189, Albany, NY 12201 |
| 520970942 | + Email/Text: emiller@northmillef.com | Apr 29 2026 20:52:00 | North Mill Credit Trust, 601 Merritt 7 - Suite 5, Norwalk, CT 06851-1097 |
| 520946279 | + Email/Text: emiller@northmillef.com | Apr 29 2026 20:52:00 | North Mill Equipment Finance LLC, 601 Merritt 7, Suite 5, Norwalk, CT 06851-1097 |
| 520946283 | Email/Text: bankruptcies@penncredit.com | Apr 29 2026 20:52:00 | Penncredit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 520946317 | Email/Text: bknotices@pilottravelcenters.com | Apr 29 2026 20:52:00 | Pilot Flying J, 5508 Lonas Drive, 37909 |
| 520958656 | Email/Text: bknotices@pilottravelcenters.com | Apr 29 2026 20:52:00 | Pilot Travel Centers LLC, 5508 Lonas Drive, Knoxville, TN 37909 |
| 520946282 | ^ MEBN | Apr 29 2026 20:47:55 | Paycor, Inc., PO Box 639860, Cincinnati, OH 45263-9860 |
| 520946285 | + Email/Text: Correspondence@DuncanSolutions.com | Apr 29 2026 20:52:00 | Profession Account Management LLC, PO Box 500, Horseheads, NY 14845-0500 |
| 521073211 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 20:59:17 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520946227 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 29 2026 20:51:00 | State of New Jersey Division of Taxation, ATTN: Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520946290 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 20:59:38 | Syncb/Verizon, Attn: Bankruptcy Department, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520946291 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 20:58:59 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 520946292 | + Email/Text: synovusbankruptcy@synovus.com | Apr 29 2026 20:53:00 | Synovus Bank, Attn: Bankrupty Department, P.O.Box 120, Columbus, GA 31902-0120 |
| 520946294 | Email/Text: bankruptcy@td.com | Apr 29 2026 20:52:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520946293 | + Email/Text: bankruptcy@td.com | Apr 29 2026 20:52:00 | TD Bank, Attn: Legal Order Processing, 4140 Church Road, Mount Laurel, NJ 08054-2221 |
| 520971865 | ^ MEBN | Apr 29 2026 20:48:49 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520946296 | ^ MEBN | Apr 29 2026 20:48:55 | The CBE Group, Inc., PO Box 2217, Waterloo, IA 50704-2217 |
| 520946298 | Email/Text: bankruptcy@huntington.com | Apr 29 2026 20:52:00 | The Huntington National Bank, PO Box 182519, Columbus, OH 43218-2519 |
| 521080434 | + Email/Text: bankruptcy@huntington.com | Apr 29 2026 20:52:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 520946300 | + Email/Text: bankruptcydepartment@tsico.com | Apr 29 2026 20:53:00 | Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 520946301 | + Email/Text: legal@tuckeralbin.com | Apr 29 2026 20:52:00 | Tucker, Albin and Associates, Inc., 1702 N. Collins Blvd., Richardson, TX 75080-3566 |
| 521041208 | + Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 20:59:55 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520946302 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 29 2026 20:51:00 | Verizon Connect, P.O. Box 16801, Newark, NJ |

| | | | |
|---|---|---|---|
| | | | 07101-6801 |
| 520946303 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 29 2026 20:51:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 520946306 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Apr 29 2026 20:59:41 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 521063664 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 29 2026 20:59:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520946308 | + Email/Text: documentfiling@lciinc.com | Apr 29 2026 20:51:00 | Xfinity, 676 Island Pond Road, Manchester, NH 03109-5420 |

TOTAL: 67

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Daniel L Reinganum | on behalf of Debtor David L. Hinchman  Jr. Daniel@ReinganumLaw.com, DanielReinganum@ecf.courtdrive.com;Reinganum.DanielR141976@notify.bestcase.com;admin@reinganumlaw.com;debbie@reinganumlaw.com |
| Geoffrey Bray | on behalf of Creditor Victor Ottilio gbray@braynjlaw.com |
| Joseph A McCormick, Jr. | on behalf of Creditor Deere & Company jmccormick@mcdowelllegal.com djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com |
| Matthew K. Fissel | on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7