TURNER LAW FIRM, LLC
**BY:  ANDREW R. TURNER, ESQ.**
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
973-763-0568 (fax)
Attorneys for Creditor Associated Truck Parts

| | |
|---|---|
| In re<br><br>DAVID L. HINCHMAN, JR.<br><br>                  Debtor | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>Case No. 26-10383<br><br>Chapter 7<br><br>Judge Andrew B Altenburg, Jr.<br><br>Hearing Date: May 26, 2026<br><br>LIMITED OBJECTION TO TRUSTEE'S PROPOSED PRIVATE SALE OF PROPERTY |

Please take notice creditor Associated Truck Parts ("Associated") files this limited objection to the Trustee's motion for sale of Debtor's property located at 160 Jericho Road Salem New Jersey.

In general, Associated does not oppose the sale, but files limited objection as its lien is not addressed. Associated filed a lawsuit against the debtor and obtained judgment against the Debtor in the Superior Court of New Jersey for $15,704.10 on September 10, 2026. The judgment was subsequently recorded with the Clerk of the Superior Court of New Jersey at which time it became a lien against all real property owned by the Debtor throughout New Jersey. N.J.S.A. 2A:16-1, et seq. This Court can

take judicial notice of the records of the Superior Court of New Jersey. F.R.E. 201.

The motion recites an outstanding mortgage to be paid at closing (paragraph 5) and other closing costs as well as the non-debtor spouse's share (paragraphs 6 and 7) The motion does not address or make provision for Associated's lien, and it is evident the subject property has substantial equity.

Associated intends to work with the Trustee in resolution of this limited objection.

/s/ Andrew R. Turner

ANDREW R. TURNER

Dated:  May 6, 2026