UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire
Bar No. 1980

Order Filed on May 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAVID L. HINCHMAN, JR.

Case No.:        26-10383

Chapter:            7

Judge:            ABA

## ORDER AUTHORIZING RETENTION OF

Sharer Petree Brotz & Snyder

The relief set forth on the following page is **ORDERED**.

**DATED: May 6, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Sharer Petree Brotz & Snyder_____

as _____Accountant for Trustee_____ , it is hereby ORDERED:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

     The professional's address is:    1103 Laurel Oak Road

                                       Suite 105B

                                       Voorhees, NJ 08043

2.     Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.     If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

     ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

     ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.     The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2