UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire
Bar No. 1980

Order Filed on May 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 26-10383 |
|---|---|---|
| | Chapter: | 7 |
| DAVID L. HINCHMAN, JR. | Judge: | ABA |

**ORDER AUTHORIZING RETENTION OF**

Sharer Petree Brotz & Snyder

The relief set forth on the following page is **ORDERED**.

**DATED: May 6, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Sharer Petree Brotz & Snyder_____

as _____Accountant for Trustee_____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  1103 Laurel Oak Road

    Suite 105B

    Voorhees, NJ 08043

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-10383-ABA

David L. Hinchman, Jr.                                                                    Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David L. Hinchman, Jr., 160 Jericho Road, Salem, NJ 08079-3118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew R. Turner | on behalf of Creditor Associated Truck Parts courts@turnerlaw.net |
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian S. Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com |
| Daniel L Reinganum | on behalf of Debtor David L. Hinchman  Jr. Daniel@ReinganumLaw.com, DanielReinganum@ecf.courtdrive.com;Reinganum.DanielR141976@notify.bestcase.com;admin@reinganumlaw.com;debbie@reinganumlaw.com |
| Geoffrey Bray | |

District/off: 0312-1                    User: admin                                    Page 2 of 2
Date Rcvd: May 06, 2026                 Form ID: pdf903                             Total Noticed: 1

                          on behalf of Creditor Victor Ottilio gbray@braynjlaw.com

Joseph A McCormick, Jr.

                          on behalf of Creditor Deere & Company jmccormick@mcdowelllegal.com
djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Matthew K. Fissel

                          on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9