Joseph A. McCormick, Jr., (016221977)
McDOWELL LAW, P.C.
46 West Main Street
Maple Shade, New Jersey 08052
(856) 482-5544
jmccormick@mcdowelllegal.com
Attorneys for Deere & Company

Order Filed on May 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In the Matter of:<br><br>David L. Hinchman, Jr.,<br><br>Debtor. | IN PROCEEDING UNDER CHAPTER 7 OF THE U.S. BANKRUPTCY CODE<br><br>Honorable Andrew B. Altenburg, Jr.<br><br>Case No.: 26-10383-ABA<br>Adv. No.: 26-_____ |
| Deere & Company,<br><br>        Plaintiff,<br>v.<br><br>David L. Hinchman, Jr.,<br><br>        Defendant. | NON-DISCHARGEABLE FINAL JUDGMENT BY CONSENT IN FAVOR OF DEERE & COMPANY AND AGAINST DEBTOR, DAVID L. HINCHMAN, JR. |

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

DATED: May 20, 2026

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon an Application for a Consent Judgment Objecting to the Dischargeability of a Debt of the Debtor by Deere & Company and against David L. Hinchman, Jr. and by and through its attorneys, McDowell Law, PC, Joseph A. McCormick, Jr., Esquire appearing and the Debtor having consented to the form, contents and entry of a Final Judgment By Consent thereto, individually and by and through his attorney, Daniel Reinganum, Esq., and for good cause shown

Now, Therefore, It Is Hereby Ordered As Follows:

1. Judgment in the amount of $20,834.27 is Hereby Entered in Favor of Deere & Company and against the Debtor, David L. Hinchman, Jr.;

2. Said Judgment is hereby determined to be Non-Dischargeable pursuant to 11 U.S.C. §§ 523 (a)(2)(C)(4) and (6);

3. This Non-Dischargeable Judgment shall be satisfied from the Exemption claimed by the Debtor in the real property located at 160 Jericho Road, Salem, New Jersey 08079 (the "Jericho Road Property") which is to be sold by the Trustee;

4. The Debtor shall cooperate with the Trustee in the sale of the Jericho Road Property;

5. The Trustee shall disburse funds sufficient to satisfy the balance of this Non-Dischargeable Judgment from the proceeds of the sale of the Jericho Road Property at the time of closing;

6. In the event that the Non-Dischargeable Judgment is not satisfied on or before August 15, 2026, Deere & Company shall be permitted to take all necessary steps to satisfy this Non-Dischargeable Judgment;

7.     The Debtor is precluded from amending his exemption in the Jericho Road Property to

the extent that such amendment would jeopardize any distribution to Deere & Company.


I HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN JUDGMENT.


Law Offices of Daniel Reinganum                    McDowell Law, P.C.
Attorneys for Debtor, David L. Hinchman, Jr.       Attorneys for Deere & Company

By:                                                By: _____
    Daniel Reinganum, Esquire                          Joseph A. McCormick, Jr., Esq.

Grueneberg Law Group
Attorneys for Debtor, David L. Hinchman, Jr


By: _____
    Rudi Grueneberg, Esquire



David L. Hinchman, Jr., Debtor                     Brian Thomas, Trustee

By: _____                  By: _____
    David L. Hinchman, Jr.                              Brian Thomas, Trustee


Non-Dischargeable Consent Judgment 04 30 26


*Page 3 of 3*