UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire
Bar No. 1980

**In Re:**

**DAVID L. HINCHMAN, JR.**

**Debtor(s)**

Order Filed on May 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 26-10383

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

**CONSENT ORDER**

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: May 21, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor:  David L. Hinchman, Jr.
Case No.:  26-10383-ABA
Caption of Order:  Consent Order

---

This Consent Order is entered into by Brian S. Thomas, Chapter 7 Trustee and Rebecca Hinchman.

**WHEREAS**, David L. Hinchman Jr. filed a Chapter 7 bankruptcy on January 13, 2026; and

**WHEREAS**, at the time of filing debtor was the owner of real estate known as 160 Jericho Road, Salem, New Jersey 08079( hereinafter "the property"); and

**WHEREAS**, at the time of filing debtor was legally married to Rebecca Hinchman, a non-debtor spouse who owns the property as a tenancy by the entirety with the debtor; and

**WHEREAS**, Brian S. Thomas was appointed Chapter 7 Trustee (hereinafter "the trustee") in the Chapter 7 of David L. Hinchman Jr.; and

**WHEREAS**, the Trustee and Rebecca Hinchman have signed a Contract of Sale to Sell to sell the property to Kyle and Hope Peck for $501,000.00; and

**WHEREAS**, the Trustee has filed a Motion pursuant to 11 USC Section 363 of the Bankruptcy Code to sell the aforementioned property; and

**WHEREAS**, the parties have mutually agreed and consented to the division of proceeds at closing;

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

(1)     The parties agree that the property should be sold in accordance with the Contract of Sale, and further consent to the Court signing the Order Allowing the Sale which accompanies the Motion returnable on May 26, 2026;

(2)     The parties agree that all normal closing costs will be paid at closing including but not limited to satisfaction of outstanding mortgages, real estate taxes, title

company fees, recording fees, realty transfer fees as may be legally required and brokers'

commissions.

(3)    The parties agree that the net proceeds will be divided equally between the

trustee and Rebecca Hinchman.

(4)    The Bankruptcy Court shall retain jurisdiction to resolve any dispute

concerning the division of proceeds.

(5)    Capital gains taxes, if any, will be allocated equally.

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN

ORDER.


Brian S. Thomas, LLC
Attorney for the Trustee


By:    /s/ Brian S. Thomas                            /s/ Rebecca Hinchman
       Brian S. Thomas, Esquire                       Rebecca Hinchman