

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire
Bar No. 1980

**In Re:**

**DAVID L. HINCHMAN, JR.**

**Debtor(s)**

**Order Filed on May 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 26-10383

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

**CONSENT ORDER RESOLVING OBJECTION TO
TRUSTEE'S NOTICE OF PRIVATE SALE**

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: May 22, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor:  David L. Hinchman, Jr.
Case No.:  26-10383-ABA
Caption of Order:  Consent Order Resolving Objection to Trustee's Notice of Private Sale

This Consent Order is entered into by Brian S. Thomas, Chapter 7 Trustee and Andrew R. Turner, Esquire, attorney for Associated Truck Parts.

**WHEREAS**, Brian S. Thomas is the Chapter 7 Trustee (hereinafter the "Trustee" in the above-captioned matter; and

**WHEREAS**, the debtor at the time of filing was the owner of property known as 160 Jericho Road, Salem, New Jersey 08079.; and

**WHEREAS**, the Trustee filed a Notice of Private Sale and a Notice of Motion to Sell Real Estate to sell the aforementioned property; and

**WHEREAS**, Associated Truck Parts filed a Limited Objection to Trustee's Notice of Private Sale; and

**WHEREAS**, the return date for the Trustee's Motion, along with the hearing date relating to the Limited Objection to The Notice of Private Sale is scheduled for May 26, 2026; and

**WHEREAS,** the parties are desirous of resolving the Limited Objection to the Notice of Private Sale;

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

(1)    Associated Truck Parts withdraws its Limited Objection to the Trustee's Notice of Private Sale.

(2)    The Clerk's Office will issue a Certificate of No Objection.

(3)    Associated Truck Parts is given 15 days from the date of the Court's signing of this Consent Order to file a secured Proof of Claim, if Associated Truck Parts deems that appropriate. If a secured proof of claim is not filed by Associate Truck Parts with 15 days then any claim of secured status by Associated Truck Parts is deemed waived and barred.

(4)     The Trustee's rights and ability to file a Motion to Reclassify a secured claim filed by Associated Truck Parts, or file an adversary action under 11 USC 547, or any other section of the Bankruptcy Code is preserved.

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN ORDER.

| | |
|---|---|
| Brian S. Thomas, LLC | Turner Law Firm, LLC |
| Attorney for the Trustee | Attorney for Associated Truck Parts |


By:     /s/ Brian S. Thomas      /s/ Andrew R. Turner

    Brian S. Thomas, Esquire   Andrew R. Turner, Esquire