

Joseph A. McCormick, Jr., (016221977)
McDOWELL LAW, P.C.
46 West Main Street
Maple Shade, New Jersey 08052
(856) 482-5544
jmccormick@mcdowelllegal.com
Attorneys for Deere & Company

Order Filed on May 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In the Matter of:<br><br>David L. Hinchman, Jr.,<br><br>Debtor. | IN PROCEEDING UNDER CHAPTER 7<br>OF THE U.S. BANKRUPTCY CODE<br><br>Honorable Andrew B. Altenburg, Jr.<br><br>Case No.: 26-10383-ABA<br>Adv. No.: 26-_____ |
| Deere & Company,<br><br>          Plaintiff,<br>v.<br><br>David L. Hinchman, Jr.,<br><br>          Defendant. | NON-DISCHARGEABLE FINAL JUDGMENT BY<br>CONSENT IN FAVOR OF DEERE & COMPANY AND<br>AGAINST DEBTOR, DAVID L. HINCHMAN, JR. |

The relief set forth on the following pages, numbered two (2) through three (3) is
hereby **ORDERED.**

DATED: May 20, 2026

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*Page 1 of 3*

THIS MATTER having come before the Court upon an Application for a Consent Judgment Objecting to the Dischargeability of a Debt of the Debtor by Deere & Company and against David L. Hinchman, Jr. and by and through its attorneys, McDowell Law, PC, Joseph A. McCormick, Jr., Esquire appearing and the Debtor having consented to the form, contents and entry of a Final Judgment By Consent thereto, individually and by and through his attorney, Daniel Reinganum, Esq., and for good cause shown

Now, Therefore, It Is Hereby Ordered As Follows:

1.  Judgment in the amount of $20,834.27 is Hereby Entered in Favor of Deere & Company and against the Debtor, David L. Hinchman, Jr.;

2.  Said Judgment is hereby determined to be Non-Dischargeable pursuant to 11 U.S.C. §§ 523 (a)(2)(C)(4) and (6);

3.  This Non-Dischargeable Judgment shall be satisfied from the Exemption claimed by the Debtor in the real property located at 160 Jericho Road, Salem, New Jersey 08079 (the "Jericho Road Property") which is to be sold by the Trustee;

4.  The Debtor shall cooperate with the Trustee in the sale of the Jericho Road Property;

5.  The Trustee shall disburse funds sufficient to satisfy the balance of this Non-Dischargeable Judgment from the proceeds of the sale of the Jericho Road Property at the time of closing;

6.  In the event that the Non-Dischargeable Judgment is not satisfied on or before August 15, 2026, Deere & Company shall be permitted to take all necessary steps to satisfy this Non-Dischargeable Judgment;

7.   The Debtor is precluded from amending his exemption in the Jericho Road Property to

the extent that such amendment would jeopardize any distribution to Deere & Company.


I HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN JUDGMENT.


Law Offices of Daniel Reinganum                    McDowell Law, P.C.
Attorneys for Debtor, David L. Hinchman, Jr.       Attorneys for Deere & Company

By: _____                        By: _____
    Daniel Reinganum, Esquire                           Joseph A. McCormick, Jr., Esq.

Grueneberg Law Group
Attorneys for Debtor, David L. Hinchman, Jr

By: _____
    Rudi Grueneberg, Esquire


David L. Hinchman, Jr., Debtor                     Brian Thomas, Trustee

By: _____                        By: _____
    David L. Hinchman, Jr.                              Brian Thomas, Trustee
                                                        (not individually)

Non-Dischargeable Consent Judgment 04 30 26

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 26-10383-ABA

David L. Hinchman, Jr.                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 20, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | David L. Hinchman, Jr., 160 Jericho Road, Salem, NJ 08079-3118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew R. Turner | on behalf of Creditor Associated Truck Parts courts@turnerlaw.net |
| Brian Thomas | brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian S. Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com |
| Daniel L Reinganum | on behalf of Debtor David L. Hinchman  Jr. Daniel@ReinganumLaw.com, DanielReinganum@ecf.courtdrive.com;Reinganum.DanielR141976@notify.bestcase.com;admin@reinganumlaw.com;debbie@reinganumlaw.com |
| Geoffrey Bray | |

District/off: 0312-1                        User: admin                              Page 2 of 2

Date Rcvd: May 20, 2026                     Form ID: pdf903                          Total Noticed: 1

on behalf of Creditor Victor Ottilio gbray@braynjlaw.com

Joseph A McCormick, Jr.

on behalf of Creditor Deere & Company jmccormick@mcdowelllegal.com
djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Matthew K. Fissel

on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9