UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire
Bar No. 1980

**In Re:**

**DAVID L. HINCHMAN, JR.**

**Debtor(s)**

Order Filed on May 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 26-10383

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

**CONSENT ORDER**

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: May 21, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: David L. Hinchman, Jr.
Case No.: 26-10383-ABA
Caption of Order: Consent Order

This Consent Order is entered into by Brian S. Thomas, Chapter 7 Trustee and Rebecca Hinchman.

**WHEREAS**, David L. Hinchman Jr. filed a Chapter 7 bankruptcy on January 13, 2026; and

**WHEREAS**, at the time of filing debtor was the owner of real estate known as 160 Jericho Road, Salem, New Jersey 08079( hereinafter "the property"); and

**WHEREAS**, at the time of filing debtor was legally married to Rebecca Hinchman, a non-debtor spouse who owns the property as a tenancy by the entirety with the debtor; and

**WHEREAS**, Brian S. Thomas was appointed Chapter 7 Trustee (hereinafter "the trustee") in the Chapter 7 of David L. Hinchman Jr.; and

**WHEREAS**, the Trustee and Rebecca Hinchman have signed a Contract of Sale to Sell to sell the property to Kyle and Hope Peck for $501,000.00; and

**WHEREAS**, the Trustee has filed a Motion pursuant to 11 USC Section 363 of the Bankruptcy Code to sell the aforementioned property; and

**WHEREAS**, the parties have mutually agreed and consented to the division of proceeds at closing;

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

(1)     The parties agree that the property should be sold in accordance with the Contract of Sale, and further consent to the Court signing the Order Allowing the Sale which accompanies the Motion returnable on May 26, 2026;

(2)     The parties agree that all normal closing costs will be paid at closing including but not limited to satisfaction of outstanding mortgages, real estate taxes, title

company fees, recording fees, realty transfer fees as may be legally required and brokers'

commissions.

(3)     The parties agree that the net proceeds will be divided equally between the

trustee and Rebecca Hinchman.

(4)     The Bankruptcy Court shall retain jurisdiction to resolve any dispute

concerning the division of proceeds.

(5)     Capital gains taxes, if any, will be allocated equally.

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN

ORDER.


Brian S. Thomas, LLC
Attorney for the Trustee


By:    /s/ Brian S. Thomas                         /s/ Rebecca Hinchman
       Brian S. Thomas, Esquire                    Rebecca Hinchman

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-10383-ABA

David L. Hinchman, Jr.                                                              Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                      Page 1 of 2

Date Rcvd: May 21, 2026                 Form ID: pdf903                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID**           **Recipient Name and Address**
db             +   David L. Hinchman, Jr., 160 Jericho Road, Salem, NJ 08079-3118

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

**Name**                 **Email Address**

Andrew R. Turner
           on behalf of Creditor Associated Truck Parts courts@turnerlaw.net

Brian Thomas
           brian@brianthomaslaw.com  bthomas@ecf.axosfs.com

Brian Thomas
           on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com

Brian S. Thomas
           on behalf of Trustee Brian Thomas brian@brianthomaslaw.com

Daniel L Reinganum
           on behalf of Debtor David L. Hinchman  Jr. Daniel@ReinganumLaw.com,
           DanielReinganum@ecf.courtdrive.com;Reinganum.DanielR141976@notify.bestcase.com;admin@reinganumlaw.com;debbie@reinganumlaw.com

Geoffrey Bray

District/off: 0312-1                        User: admin                              Page 2 of 2

Date Rcvd: May 21, 2026                     Form ID: pdf903                          Total Noticed: 1

                       on behalf of Creditor Victor Ottilio gbray@braynjlaw.com

Joseph A McCormick, Jr.

                       on behalf of Creditor Deere & Company jmccormick@mcdowelllegal.com
                       djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Matthew K. Fissel

                       on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

                       USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9