UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire
Bar No. 1980

**In Re:**

**DAVID L. HINCHMAN, JR.**

**Debtor(s)**

Order Filed on May 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 26-10383

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

## CONSENT ORDER RESOLVING OBJECTION TO
## TRUSTEE'S NOTICE OF PRIVATE SALE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: May 22, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: David L. Hinchman, Jr.
Case No.: 26-10383-ABA
Caption of Order: Consent Order Resolving Objection to Trustee's Notice of Private Sale

This Consent Order is entered into by Brian S. Thomas, Chapter 7 Trustee and Andrew R. Turner, Esquire, attorney for Associated Truck Parts.

**WHEREAS**, Brian S. Thomas is the Chapter 7 Trustee (hereinafter the "Trustee" in the above-captioned matter; and

**WHEREAS**, the debtor at the time of filing was the owner of property known as 160 Jericho Road, Salem, New Jersey 08079.; and

**WHEREAS**, the Trustee filed a Notice of Private Sale and a Notice of Motion to Sell Real Estate to sell the aforementioned property; and

**WHEREAS**, Associated Truck Parts filed a Limited Objection to Trustee's Notice of Private Sale; and

**WHEREAS**, the return date for the Trustee's Motion, along with the hearing date relating to the Limited Objection to The Notice of Private Sale is scheduled for May 26, 2026; and

**WHEREAS,** the parties are desirous of resolving the Limited Objection to the Notice of Private Sale;

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

(1) Associated Truck Parts withdraws its Limited Objection to the Trustee's Notice of Private Sale.

(2) The Clerk's Office will issue a Certificate of No Objection.

(3) Associated Truck Parts is given 15 days from the date of the Court's signing of this Consent Order to file a secured Proof of Claim, if Associated Truck Parts deems that appropriate. If a secured proof of claim is not filed by Associate Truck Parts with 15 days then any claim of secured status by Associated Truck Parts is deemed waived and barred.

(4)     The Trustee's rights and ability to file a Motion to Reclassify a secured claim

filed by Associated Truck Parts, or file an adversary action under 11 USC 547, or any other

section of the Bankruptcy Code is preserved.

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN

ORDER.


Brian S. Thomas, LLC                    Turner Law Firm, LLC
Attorney for the Trustee                Attorney for Associated Truck Parts


By:     /s/ Brian S. Thomas                   /s/ Andrew R. Turner
        Brian S. Thomas, Esquire              Andrew R. Turner, Esquire

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 26-10383-ABA

David L. Hinchman, Jr.                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 22, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David L. Hinchman, Jr., 160 Jericho Road, Salem, NJ 08079-3118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew R. Turner | on behalf of Creditor Associated Truck Parts courts@turnerlaw.net |
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian S. Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com |
| Daniel L Reinganum | on behalf of Debtor David L. Hinchman  Jr. Daniel@ReinganumLaw.com, DanielReinganum@ecf.courtdrive.com;Reinganum.DanielR141976@notify.bestcase.com;admin@reinganumlaw.com;debbie@reinganumlaw.com |
| Geoffrey Bray | |

District/off: 0312-1                           User: admin                                    Page 2 of 2

Date Rcvd: May 22, 2026                    Form ID: pdf903                          Total Noticed: 1

on behalf of Creditor Victor Ottilio gbray@braynjlaw.com

Joseph A McCormick, Jr.

on behalf of Creditor Deere & Company jmccormick@mcdowelllegal.com
djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Matthew K. Fissel

on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9