UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire
Bar No. 1980

**In Re:**

**DAVID L. HINCHMAN, JR.**

        **Debtor(s)**

**Order Filed on May 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 26-10383

Adv. No.:

Hearing Date: May 26, 2026

Judge: Andrew B. Altenburg, Jr.

### ORDER AUTHORIZING SALE OF REAL PROPERTY PURSUANT TO RULE 11 USC §363 FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, LIENS TO ATTACH TO THE PROCEEDS OF SALE, AND WAIVER OF AUTOMATIC STAY PROVISION OF F.R.B.P. 6004(g)

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: May 26, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor:  David L. Hinchman, Jr.
Case No.:  26-10383-ABA
Caption of Order:  Order Authorizing Sale of Real Property Pursuant To Rule 11 USC §363 Free and Clear of
Liens, Claims and Encumbrances, Liens to Attach to the Proceeds of Sale, and Waiver of Automatic Stay
Provision of F.R.B.P. 6004(g)

Upon consideration of the motion filed by Brian S. Thomas, Esquire for sale of real estate

free and clear of liens, claims and encumbrances, liens to attach to the proceeds of sale, and waiver

of Automatic Stay Provision of F.R.B.P. 6004(g), and good cause appearing therefore, it is hereby

**ORDERED** that the Trustee be and is hereby authorized to sell pursuant to the terms and conditions

of the Agreement of Sale, the property located at 160 Jericho Road, Salem, New Jersey 08079 for

the consideration of $501,000.00 to Kyle and Hope Peck, free and clear of liens, claims and

encumbrances, liens to attach to the proceeds of sale.

It is further hereby **ORDERED** that this sale is approved and title shall pass free and clear

of liens and encumbrances, any liens, claims and encumbrances that encumber or purport to

encumber the property, unless mentioned elsewhere in the Order, shall attach to the proceeds of

sale.

It is further hereby **ORDERED** that the Trustee, in his capacity as Trustee, and not

individually, is granted full authority to and is hereby authorized and directed to execute,

acknowledge and deliver such certificates, deeds, assignments, conveyances, bills of sale and other

assurances, documents, and instruments of transfer and take such other action as may be reasonable

necessary to transfer title to the property. Accordingly, in accordance with a consent order to be

filed and signed by the Trustee and Rebecca Hinchman, non-debtor and co-owner of the subject

property, the Title Company is authorized, with Trustee's approval, to disburse 50% of the net

proceeds at closing to Rebecca Hinchamn.

It is further hereby **ORDERED** that pursuant to N.J.S.A. 46:15-10(g) the sale of the

property shall be exempt from the imposition of the New Jersey Realty transfer tax and all such

**Page 3**
Debtor:  David L. Hinchman, Jr.
Case No.:  26-10383-ABA
Caption of Order:  Order Authorizing Sale of Real Property Free and Clear of Liens, Claims and
Encumbrances, Liens to Attach to the Proceeds of Sale, and Waiver of Automatic Stay Provision of F.R.B.P.
6004(g)

government authorities and/or agencies are hereby directed to comply with the provisions of this

Order.

It is further hereby **ORDERED** that the Title Company is permitted to make all normal

disbursements including customary pro-rations for real estate taxes, closing fees, costs and any

other required payments. Outstanding mortgages, condominium charges/fees, and municipal liens

may be paid at closing

It is further hereby **ORDERED** that EXP Realty, LLC and HOF Realty is allowed

commission in the amount of 5% ($25,050.00) and the Title Company is permitted to make

disbursements in that amount at closing.

It is further hereby **ORDERED** that the automatic stay provision of F.R.B.P. 6004(g) is

hereby waived and settlement may proceed upon entry of this order.