UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire
Bar No. 1980

**In Re:**

**DAVID L. HINCHMAN, JR.**

                    **Debtor(s)**

Order Filed on May 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 26-10383

Adv. No.:

Hearing Date: May 26, 2026

Judge: Andrew B. Altenburg, Jr.

**ORDER AUTHORIZING SALE OF REAL PROPERTY PURSUANT TO RULE 11 USC §363 FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, LIENS TO ATTACH TO THE PROCEEDS OF SALE, AND WAIVER OF AUTOMATIC STAY PROVISION OF F.R.B.P. 6004(g)**

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: May 26, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor:  David L. Hinchman, Jr.
Case No.:  26-10383-ABA
Caption of Order:  Order Authorizing Sale of Real Property Pursuant To Rule 11 USC §363 Free and Clear of
Liens, Claims and Encumbrances, Liens to Attach to the Proceeds of Sale, and Waiver of Automatic Stay
Provision of F.R.B.P. 6004(g)

---

Upon consideration of the motion filed by Brian S. Thomas, Esquire for sale of real estate free and clear of liens, claims and encumbrances, liens to attach to the proceeds of sale, and waiver of Automatic Stay Provision of F.R.B.P. 6004(g), and good cause appearing therefore, it is hereby **ORDERED** that the Trustee be and is hereby authorized to sell pursuant to the terms and conditions of the Agreement of Sale, the property located at 160 Jericho Road, Salem, New Jersey 08079 for the consideration of $501,000.00 to Kyle and Hope Peck, free and clear of liens, claims and encumbrances, liens to attach to the proceeds of sale.

It is further hereby **ORDERED** that this sale is approved and title shall pass free and clear of liens and encumbrances, any liens, claims and encumbrances that encumber or purport to encumber the property, unless mentioned elsewhere in the Order, shall attach to the proceeds of sale.

It is further hereby **ORDERED** that the Trustee, in his capacity as Trustee, and not individually, is granted full authority to and is hereby authorized and directed to execute, acknowledge and deliver such certificates, deeds, assignments, conveyances, bills of sale and other assurances, documents, and instruments of transfer and take such other action as may be reasonable necessary to transfer title to the property. Accordingly, in accordance with a consent order to be filed and signed by the Trustee and Rebecca Hinchman, non-debtor and co-owner of the subject property, the Title Company is authorized, with Trustee's approval, to disburse 50% of the net proceeds at closing to Rebecca Hinchamn.

It is further hereby **ORDERED** that pursuant to N.J.S.A. 46:15-10(g) the sale of the property shall be exempt from the imposition of the New Jersey Realty transfer tax and all such

**Page 3**
Debtor:  David L. Hinchman, Jr.
Case No.:  26-10383-ABA
Caption of Order:  Order Authorizing Sale of Real Property Free and Clear of Liens, Claims and
Encumbrances, Liens to Attach to the Proceeds of Sale, and Waiver of Automatic Stay Provision of F.R.B.P.
6004(g)

government authorities and/or agencies are hereby directed to comply with the provisions of this

Order.

It is further hereby **ORDERED** that the Title Company is permitted to make all normal

disbursements including customary pro-rations for real estate taxes, closing fees, costs and any

other required payments. Outstanding mortgages, condominium charges/fees, and municipal liens

may be paid at closing

It is further hereby **ORDERED** that EXP Realty, LLC and HOF Realty is allowed

commission in the amount of 5% ($25,050.00) and the Title Company is permitted to make

disbursements in that amount at closing.

It is further hereby **ORDERED** that the automatic stay provision of F.R.B.P. 6004(g) is

hereby waived and settlement may proceed upon entry of this order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-10383-ABA

David L. Hinchman, Jr.                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                          Page 1 of 2

Date Rcvd: May 26, 2026                    Form ID: pdf903                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID              Recipient Name and Address**
db                   + David L. Hinchman, Jr., 160 Jericho Road, Salem, NJ 08079-3118

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                          Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

**Name                        Email Address**

Andrew R. Turner
                              on behalf of Creditor Associated Truck Parts courts@turnerlaw.net

Brian Thomas
                              on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com

Brian Thomas
                              brian@brianthomaslaw.com  bthomas@ecf.axosfs.com

Brian S. Thomas
                              on behalf of Trustee Brian Thomas brian@brianthomaslaw.com

Daniel L Reinganum
                              on behalf of Debtor David L. Hinchman  Jr. Daniel@ReinganumLaw.com,
                              DanielReinganum@ecf.courtdrive.com;Reinganum.DanielR141976@notify.bestcase.com;admin@reinganumlaw.com;debbie@reinganumlaw.com

Geoffrey Bray

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: May 26, 2026                       Form ID: pdf903                               Total Noticed: 1

on behalf of Creditor Victor Ottilio gbray@braynjlaw.com

Joseph A McCormick, Jr.

on behalf of Creditor Deere & Company jmccormick@mcdowelllegal.com
djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Matthew K. Fissel

on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9