| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J.LBR 9004-1** | |
| **STEWART LEGAL GROUP, P.L**. *Formed in the State of Florida* Gavin N. Stewart, Esq. 401 East Jackson Street, Suite 2340 Tampa, FL 33602 Tel: 813-371-1231/Fax: 813-371-1232 E-mail: gavin@stewartlegalgroup.com *Attorney for Ally Capital* | |
| In re: David L. Hinchman, Jr. Debtor. | Chapter: 7 Case No.: 26-10383-ABA Hearing Date: August 11, 2026 Judge Andrew B. Altenburg Jr. |

## AMENDED CERTIFICATION OF SERVICE

1. I, <u>Nicole Reed</u>:

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the legal assistant for <u>Stewart Legal Group, P.L.</u> who represents the <u>Movant</u>.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>July 15, 2026</u>, I sent a copy of the following pleadings and/or documents to the parties

   listed in the chart below:

   - Notice of Motion for Relief from Automatic Stay

   - Certification

   - Exhibit – Loan Documents

   - Statement as to Why no Brief is Necessary

   - Proposed Order

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| July 16, 2026 | /s/*Nicole Reed* |
|---|---|
| Date | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brian Thomas<br>Chapter 7 Trustee<br>327 Central Avenue, Suite 103<br>Linwood, NJ 08221 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court ) |
| David L. Hinchman, Jr.<br>160 Jericho Road<br>Salem, NJ 08079 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court) |
| Daniel L Reinganum<br>Law Offices of Daniel Reinganum, PC<br>615 White Horse Pike<br>Haddon Heights, NJ 08035 | Debtor's Attorney | ☐ Hand-delivered<br>☑  Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court ) |
| U.S. Trustee<br>US Dept. of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court ) |
| Associated Truck Parts.<br>Turner Law Firm, LLC | RFN Parties | ☐ Hand-delivered<br>☑ Regular mail |

| | | |
|---|---|---|
| 76 South Orange Avenue - Suite 306<br>South Orange, New Jersey 07079<br>By First Class Mail<br><br>Huntington National Bank<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>By First Class Mail<br><br>Victor Ottilio<br>Bray & Bray, L.L.C.<br>900 Lanidex Plaza, Suite 230<br>Parsippany, NJ 07054<br>By First Class Mail<br><br>Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>By First Class Mail<br><br>Ally Capital<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>By First Class Mail<br><br>Capital One Auto Finance, a division<br>of Capital One, N.A.<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>By First Class Mail | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by court ) |