**Joseph A. McCormick, Jr.,** (016221977)
**McDowell Law, P.C.**
**46 West Main Street**
**Maple Shade, New Jersey 08052**
**(856) 482-5544**
**jmccormick@mcdowelllegal.com**
**Attorneys for Deere & Company**

| | |
|---|---|
| In the Matter of: | IN PROCEEDING UNDER CHAPTER 7 OF THE U.S. BANKRUPTCY CODE |
| David L. Hinchman, Jr., | Honorable Andrew B. Altenburg, Jr. |
| Debtor. | Case No.: 26-10383-ABA |

Deere & Company,

         Plaintiff,

v.

David L. Hinchman, Jr.,

         Defendant.

## Warrant to Satisfy Judgment

No Adversary Number

**WHEREAS**, a judgment was entered in the above-entitled action on May 20, 2026, in favor of Deere & Company and against David L. Hinchman, Jr., in the amount of $20,834.27 plus interest and costs and said judgment was interest and costs thereon having been fully paid.

**THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction on the docket of said judgment a satisfaction of judgment.

Date: July 22, 2026        */s/  Joseph A. McCormick, Jr.*

        Joseph A. McCormick, Jr.
        **McDowell Law, P.C.**
        **Attorneys for Deere & Company**

I **CERTIFY** that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: July 22, 2026        */s/  Joseph A. McCormick, Jr.*

M:\Active Files\John Deere Financial\Hinchman, David\Bankruptcy\Warrant to Satisfy 07 22 26.rtf