UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
P.O. Box 5703
Clearwater, FL 33758
Tel: (727) 565-2653
Fax: (727) 213-9022
E-mail: bk@stewartlegalgroup.com
Attorney for Movant

**Order Filed on August 12, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
David L. Hinchman, Jr. Debtor

Case No.: 26-10383-ABA

Hearing Date: 08/11/2026

Judge: Andrew B. Altenburg Jr.

Chapter: 7

Recommended Local Form ☐ Followed ☐ Modified

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 12, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Ally Capital, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Personal property more fully described as:
2022 Chevrolet Corvette Coupe 2D 2LT 6.2L V8
V.I.N # 1G1YB2D43N5119475

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.