| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Law Offices of Daniel Reinganum, PC<br>Daniel Reinganum, Esq.<br>615 White Horse Pike<br>Haddon Heights, NJ 08035<br>856-548-5440/Daniel@ReinganumLaw.com | |
| In re:<br>David L. Hinchman, Jr. | Case No.: 26-10383-ABA<br>Chapter: 7<br>Adv. No.:<br>Hearing Date:<br>Judge: Altenburg |

## CERTIFICATION OF SERVICE

1. I, Debbie Jamison :
   - ☐ represent ___ in the this matter.
   - ☑ am the secretary/paralegal for Daniel L. Reinganum , who represents the debtor in the this matter.
   - ☐ am the ___ in the this case and am representing myself.

2. On August 25, 2026 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   Notice of Motion to Withdraw as Counsel
   Certification in Support of Motion
   Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 25, 2026

/s/ Debbie Jamison
Debbie Jamison

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **David L. Hinchman, Jr.**<br>**324 Salem Hancocks Bridge Road**<br>**Salem NJ 08079** | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.