Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−10383−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
David L. Hinchman Jr.
160 Jericho Road
Salem, NJ 08079

Social Security No.:
xxx−xx−3822

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date: 9/24/26
Time: 02:00 PM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Sharer Petree Brotz & Snyder, Accountant

COMMISSION OR FEES
fee: $2,756.00

EXPENSES
$18.85

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 25, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-10383-ABA

David L. Hinchman, Jr. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 6

Date Rcvd: Aug 25, 2026 Form ID: 137 Total Noticed: 130

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | David L. Hinchman, Jr., 160 Jericho Road, Salem, NJ 08079-3118 |
| aty | + | Brian S. Thomas, LLC, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| r | + | EXP Realty, LLC, 28 Valley Road, Suite 1, Montclair, NJ 07042-2709 |
| r | + | Hall of Fame Realty, LLC, 3 South Broad Street, Woodbury, NJ 08096-4627 |
| 521071796 | + | Apollo Funding Co., Piekarski Law PLLC, 17 State Street, Suite 1800, New York, NY 10004-1600 |
| 520946231 | + | Associated Truck Parts, 1075 E. Philadelphia Avenue, Gilbertsville, PA 19525-9518 |
| 520946233 | + | Atlantic Utility, 137 Crown Point Road, Thorofare, NJ 08086-2173 |
| 520946235 | + | Bergey's, 462 Harleysville Pike, Souderton, PA 18964-2153 |
| 520946236 | + | Blue Beacon Inc., P.O. Box 856, Salina, KS 67402-0856 |
| 520946238 | + | CES Towing, 340 Cox Street, Roselle, NJ 07203-1704 |
| 520946241 | + | Commercial Vehicle Finance LLC, 67 Crystal Ave., Floor 2, Avenel, NJ 07001-1125 |
| 520946243 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 520946244 | + | Craig's Auto Radiator Warehouse, Inc., 419 Delsea Drive, Sewell, NJ 08080-9337 |
| 520946253 | + | DRBA, PO Box 71, New Castle, DE 19720-0071 |
| 520946246 | | Deal Credit Corp., 768 Shrewsbury Ave, Eatontown, NJ 07724 |
| 520946310 | + | Dealaware River Joint Toll Bridge Comm., PO Box 4971, Trenton, NJ 08650-4971 |
| 520946247 | + | Dealcredcorp, 766 Shrewsbury Ave East, Tinton Falls, NJ 07724-3001 |
| 520946249 | | Delaware E-ZPass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 520946251 | + | Delaware River Port Authority, One Point Center, 2 Riverside Drive, Camden, NJ 08103-1019 |
| 520946250 | + | Delaware River and Bay Authority, NJ EZ Pass PO Box 4971, Trenton, NJ 08650-4971 |
| 520946254 | + | DriveERT Elizabeth River Tunnels, 309 County Street, Portsmouth, VA 23704-3701 |
| 520946256 | | E-ZPass, Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 520946255 | | E-ZPass Virginia, Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 520946260 | | EZ Pass New Hampshire, PO Box 9687, Manchester, NH 03108-9687 |
| 520946261 | + | EZDriveMA, 27 Midstate Drive, Auburn, MA 01501-1877 |
| 520946257 | + | Elvin Munoz-Gutierrez, c/o Vincent Guida, Esq., 2 Lincoln Avenue, Suite 400, Rockville Centre, NY 11570-5775 |
| 520946258 | + | Enstructure Wilmington, 1 Hausel Rd, Wilmington, DE 19801-5882 |
| 520946263 | + | Florida DOT (FDOT), PO Box 31241, Tampa, FL 33631-3241 |
| 520946264 | + | Gabrielli Truck Sales, 2160 US Route 322, Swedesboro, NJ 08085-3630 |
| 520946265 | + | Garden Truck Stop, 2114 W Garden Rd, Vineland, NJ 08360-1534 |
| 520946311 | | Geoffrey T. Bray, Esq., 100 Misty Lane, Parsippany, NJ 07054-2710 |
| 520946266 | + | Harris & Harris, LTD, PO Box 186, Chicago, IL 60690-0186 |
| 520952391 | + | Jason Gang, Esq., PO Box 478, Hewlett, NY 11557-0478 |
| 520946222 | + | Judy E. Clour, 324 Salem Hancocks Bridge Road, Salem, NJ 08079-9421 |
| 520946269 | + | KLB Funding LLC, 380 Wayne Terrace, Union, NJ 07083-9123 |
| 520946270 | + | KLB Funding LLC Pension Plan, 380 Wayne Ter., Union, NJ 07083-9123 |
| 520946271 | + | KLB Funding LLC Profit Sharing Plan, 380 Wayne Ter., Union, NJ 07083-9123 |
| 520946272 | + | Liberty Kenworth, 2160 US 322, Swedesboro, NJ 08085-3630 |
| 520946275 | + | MCA Funding Group LLC, c/o SPI Agent Solutions, Inc, 407 N. Highland Avenue, Nyack, NY 10960-1335 |
| 520946273 | | Mark Laurella Farms a/k/a, LTR Trailers, LLC, 153 Carmel Road, Bridgeton, NJ 08302 |
| 520946274 | | Massachussets Dept. of Transportation, PO Box 847840, Boston, MA 02284-7840 |
| 520946276 | + | Midway Trailers Inc., P.O. Box 275, Benton, MO 63736-0275 |
| 520946277 | | New Hampshire EZ Pass, PO Box 9687, Manchester, NH 03108-9687 |
| 520946280 | + | North Mill Equipment Trust, 9 Executive Circle, Suite 230, Irvine, CA 92614-4701 |

| | | |
|---|---|---|
| 520946281 | + | Ohio Turnpike and Infrastructure Comm., 682 Prospect Street, Berea, OH 44017-2799 |
| 520946316 | + | Paul H. Scull, Jr. Esq., 151 N. Broadway, Pennsville, NJ 08070-1648 |
| 520946318 | + | Port Authority NY NY, PO Box 4971, Trenton, NJ 08650-4971 |
| 520946284 | + | Premier Orthopedic Associates, 352 S. Delsea Drive, Vineland, NJ 08360-5302 |
| 520946223 | + | Quinton Township, Tax Sale Notice, P.O. Box 128, Quinton, NJ 08072-0128 |
| 520946320 | #+ | Rebecca Sheets, 160 Jericho Road, Salem, NJ 08079-3118 |
| 520946286 | + | Rudi Gruenberg, Esq., 704 E. Main Street, Suite E, Moorestown, NJ 08057-3071 |
| 520946289 | + | STTC Service Tire, 2255 Avenue A, Bethlehem, PA 18017-2165 |
| 520946287 | + | Sarah Elizabeth Azzante, 157 West Avenue, Shiloh, NJ 08353-8800 |
| 520946288 | + | Stantons Marina, 1199 S. Broadway, Pennsville, NJ 08070-9611 |
| 520946226 | + | State of New Jersey, Department of Transportation, PO 600, Trenton, NJ 08625-0600 |
| 520946225 | | State of New Jersey, Division of Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 520946297 | + | The Citizens Bank, a state bank, 17300 Chenal Parkway, Suite 320, Little Rock, AR 72223-5804 |
| 520946299 | + | Total Trailers, PO Box 275, Benton, MO 63736-0275 |
| 520946319 | | Turner Law Firm, LLC, Andrew R. Turner, Esq., 76 South Orange Ave, PO Box 526, South Orange, NJ 07079-0526 |
| 520946304 | + | Victor Otillio, 645 Rockport Road, Hackettstown, NJ 07840-5222 |
| 520946307 | | WEX Bank, PO Box 57748, Salt Lake City, UT 84157-0748 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2026 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2026 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2026 21:52:08 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: litbkcourtmail@johndeere.com | Aug 25 2026 21:48:00 | Deere & Company, PO Box 6600, Johnston, IA 50131 |
| acc | + | Email/Text: rsnyder@sharerpbs.com | Aug 25 2026 21:49:00 | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 520946295 | | Email/Text: akron_patient_services@teamhealth.com | Aug 25 2026 21:48:00 | Team Health, Akron Billing Center, 3585 Ridge Park Dr., Fairlawn, OH 44333-8203 |
| 520946309 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2026 21:48:00 | Ally Bank, 200 West Civic Center Drive, Sandy, UT 84070-4207 |
| 520947473 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2026 21:52:21 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520947469 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2026 21:52:34 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520946228 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2026 21:48:00 | Ally Financial, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 520946218 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2026 21:48:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520946219 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2026 21:48:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 520946229 | ^ | MEBN | Aug 25 2026 21:38:18 | Altus Recievables Management, 2121 Airline Drive, Suite 520, Metairie, LA 70001-5987 |
| 521058719 | + | Email/Text: bankruptcy@amuref.com | Aug 25 2026 21:49:00 | Amur Equipment Finance, 304 W 3rd St, Grand Island, NE 68801-5941 |
| 520946230 | + | Email/Text: bankruptcy@amuref.com | Aug 25 2026 21:49:00 | Amur Equipment Finance, Inc., 308 N. Locust Street #100, Grand Island, NE 68801-5985 |

| | | | | |
|---|---|---|---|---|
| 521073190 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 21:52:19 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520946232 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 25 2026 21:49:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520946234 | | Email/Text: emily.cox@bca247.com | Aug 25 2026 21:49:00 | BCA Capital Partners LLC, 100 Oceanside Drive, Nashville, TN 37204 |
| 520946240 | | Email/Text: nafaxhrbk@cnhind.com | Aug 25 2026 21:48:00 | CNH Capital, PO Box 63048, Newark, NJ 07101-8065 |
| 521067627 | + | Email/Text: documentfiling@lciinc.com | Aug 25 2026 21:48:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520946237 | + | Email/Text: cms-bk@cms-collect.com | Aug 25 2026 21:49:00 | Capital Management Service LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 520946220 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 25 2026 21:52:21 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520948506 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2026 21:52:33 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521076853 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 25 2026 21:48:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 520946239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2026 21:52:09 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521064546 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2026 21:52:22 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520946242 | ^ | MEBN | Aug 25 2026 21:39:00 | Commonwealth of Massachusetts, EZDriveMA, PO Box 847840, Boston, MA 02284-7840 |
| 520946245 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2026 21:49:00 | Credit Collection Services, PO Box 337, Norwood, MA 02062-0337 |
| 520968710 | | Email/Text: litbkcourtmail@johndeere.com | Aug 25 2026 21:48:00 | John Deere Financial, 6400 NW 86th St, Johnston, IA 50131 |
| 520946252 | | Email/Text: mrdiscen@discover.com | Aug 25 2026 21:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 520946305 | | Email/Text: correspondence@duncansolutions.com | Aug 25 2026 21:48:00 | Violation Enforcement Services, PO Box 1212, Horseheads, NY 14845-1200 |
| 520946248 | ^ | MEBN | Aug 25 2026 21:37:54 | Delaware Dept. of Transportation, PO Box 697, Dover, DE 19903-0697 |
| 520946259 | ^ | MEBN | Aug 25 2026 21:38:20 | Express Lanes, c/o JP Morgan chase, PO Box 28148, New York, NY 10087-8148 |
| 520946262 | | Email/Text: rmurphy1@firstinsurancefunding.com | Aug 25 2026 21:49:00 | First Insurance Funding, 450 Skokie Blvd, Ste 1000, Northbrook, IL 60062-7917 |
| 520946221 | + | Email/Text: bankruptcy@huntington.com | Aug 25 2026 21:49:00 | Huntington National Bank, Attn: Bankrupty, P.O. Box 340996, Columbus, OH 43234-0996 |
| 520946267 | + | Email/Text: robbinsa1@ihn.org | Aug 25 2026 21:49:00 | Inspira, 333 Irvin Avenue, Bridgeton, NJ 08302-2123 |
| 520946224 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2026 21:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520946268 | + | Email/Text: legal@keystoneefc.com | Aug 25 2026 21:49:00 | Keystone Equipment Finance Corp., 433 S. Main Street, Suite 300, West Hartford, CT 06110-2810 |
| 520946312 | + | Email/Text: jason@jasongang.com | Aug 25 2026 21:49:00 | Law Office of Jason Gang, Jason A. Gang, Esq., 1245 Hewlett Plaza, Suite #478, Hewlett, NY |

| | | | | |
|---|---|---|---|---|
| | | | | 11557-4021 |
| 520946313 | + | Email/Text: NY-Bankruptcy@lgbs.com | Aug 25 2026 21:48:00 | Linebarger Goggan Blair and Sampson, LLP, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 520946314 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 25 2026 21:48:00 | NJ Turnpike Authority, PO Box 4971, Trenton, NJ 08650 |
| 520946278 | | Email/Text: bankruptcy@thruway.ny.gov | Aug 25 2026 21:49:00 | New York State Thruway Authority, 200 Southern Boulevard, PO Box 189, Albany, NY 12201 |
| 520970942 | + | Email/Text: emiller@northmillef.com | Aug 25 2026 21:49:00 | North Mill Credit Trust, 601 Merritt 7 - Suite 5, Norwalk, CT 06851-1097 |
| 520946279 | + | Email/Text: emiller@northmillef.com | Aug 25 2026 21:49:00 | North Mill Equipment Finance LLC, 601 Merritt 7, Suite 5, Norwalk, CT 06851-1097 |
| 520946315 | | Email/Text: accountservices@pandbcapitalgroup.com | Aug 25 2026 21:48:00 | P & B Capital Group LLC, 455 Center Road, Buffalo, NY 14224 |
| 520946283 | | Email/Text: bankruptcies@penncredit.com | Aug 25 2026 21:48:00 | Penncredit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 520946317 | | Email/Text: bknotices@pilottravelcenters.com | Aug 25 2026 21:49:00 | Pilot Flying J, 5508 Lonas Drive, 37909 |
| 520958656 | | Email/Text: bknotices@pilottravelcenters.com | Aug 25 2026 21:49:00 | Pilot Travel Centers LLC, 5508 Lonas Drive, Knoxville, TN 37909 |
| 520946282 | ^ | MEBN | Aug 25 2026 21:38:01 | Paycor, Inc., PO Box 639860, Cincinnati, OH 45263-9860 |
| 520946285 | + | Email/Text: correspondence@duncansolutions.com | Aug 25 2026 21:48:00 | Profession Account Management LLC, PO Box 500, Horseheads, NY 14845-0500 |
| 521073211 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 21:52:19 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520946227 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 25 2026 21:48:00 | State of New Jersey Division of Taxation, ATTN: Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520946290 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2026 21:52:17 | Syncb/Verizon, Attn: Bankruptcy Department, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520946291 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2026 21:52:07 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1247 |
| 520946292 | + | Email/Text: synovusbankruptcy@synovus.com | Aug 25 2026 21:49:00 | Synovus Bank, Attn: Bankrupty Department, P.O.Box 120, Columbus, GA 31902-0120 |
| 520946294 | | Email/Text: bankruptcy@td.com | Aug 25 2026 21:49:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520946293 | + | Email/Text: bankruptcy@td.com | Aug 25 2026 21:49:00 | TD Bank, Attn: Legal Order Processing, 4140 Church Road, Mount Laurel, NJ 08054-2221 |
| 520971865 | ^ | MEBN | Aug 25 2026 21:38:58 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520946296 | ^ | MEBN | Aug 25 2026 21:38:46 | The CBE Group, Inc., PO Box 2217, Waterloo, IA 50704-2217 |
| 520946298 | | Email/Text: bankruptcy@huntington.com | Aug 25 2026 21:49:00 | The Huntington National Bank, PO Box 182519, Columbus, OH 43218-2519 |
| 521080434 | + | Email/Text: bankruptcy@huntington.com | Aug 25 2026 21:49:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 520946300 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 25 2026 21:49:00 | Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 520946301 | + | Email/Text: legal@tuckeralbin.com | Aug 25 2026 21:49:00 | Tucker, Albin and Associates, Inc., 1702 N. Collins Blvd., Richardson, TX 75080-3566 |

| | | | | |
|---|---|---|---|---|
| 521041208 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 25 2026 21:52:19 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520946302 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 25 2026 21:48:00 | Verizon Connect, P.O. Box 16801, Newark, NJ 07101-6801 |
| 520946303 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 25 2026 21:48:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 520946306 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 25 2026 21:52:08 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 521063664 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 25 2026 21:52:33 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520946308 | + | Email/Text: documentfiling@lciinc.com | Aug 25 2026 21:48:00 | Xfinity, 676 Island Pond Road, Manchester, NH 03109-5420 |

TOTAL: 69

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew R. Turner | on behalf of Creditor Associated Truck Parts courts@turnerlaw.net |
| Brian Thomas | on behalf of Plaintiff Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | on behalf of Accountant Sharer Petree Brotz & Snyder brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian S. Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com |
| Daniel L Reinganum | on behalf of Debtor David L. Hinchman Jr. Daniel@ReinganumLaw.com, DanielReinganum@ecf.courtdrive.com;Reinganum.DanielR141976@notify.bestcase.com;admin@reinganumlaw.com;debbie@rei |

| | |
|---|---|
| | nganumlaw.com |
| Gavin Stewart | on behalf of Creditor Ally Capital bk@stewartlegalgroup.com |
| Geoffrey Bray | on behalf of Creditor Victor Ottilio gbray@braynjlaw.com |
| Joseph A McCormick, Jr. | on behalf of Creditor Deere & Company jmccormick@mcdowelllegal.com djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com |
| Matthew K. Fissel | on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12