Law Offices of Daniel Reinganum, PC
Daniel Reinganum, Esq.
615 White Horse Pike
Haddon Heights, NJ 08035
856-548-5440 / Daniel@ReinganumLaw.com
Movant

**Order Filed on September 9, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **In Re:**<br><br>**David L. Hinchman, Jr.**<br><br>**Debtor(s)** | **Case No.:** **26-10383-ABA**<br><br>**Hearing Date:** **September 8, 2026 at 10:00 am**<br><br>**Chapter** **7**<br><br>**Judge:** **Andrew B. Altenburg, Jr.** |

## ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 9, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having been opened to the Court upon the Motion of Daniel Reinganum, Esq. of the Law Offices of Daniel Reinganum PC and Daniel Reinganum, Esq., individually and f/d/b/a Law Offices of Daniel Reinganum for leave to withdraw as counsel, and the Court having considered the moving papers and any opposition thereto; and for good cause shown is it hereby **ORDERED:**

1. The Motion is **GRANTED** as set forth herein.
2. Daniel Reinganum, Esq., individually, f/d/b/a Law Offices of Daniel Reinganum, and Law Offices of Daniel Reinganum, PC are authorized to withdraw as counsel to the Debtor.
3. The Movant shall serve a copy of this Order on the Debtor at their last known address via First Class US mail and via electronic mail within seven (7) days of its entry.