Law Offices of Daniel Reinganum, PC
Daniel Reinganum, Esq.
615 White Horse Pike
Haddon Heights, NJ 08035
856-548-5440 / Daniel@ReinganumLaw.com
Movant

**Order Filed on September 9, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **In Re:**<br><br>**David L. Hinchman, Jr.**<br><br>**Debtor(s)** | **Case No.:** **26-10383-ABA**<br><br>**Hearing Date:** **September 8, 2026 at 10:00 am**<br><br>**Chapter** **7**<br><br>**Judge:** **Andrew B. Altenburg, Jr.** |

**ORDER**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 9, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having been opened to the Court upon the Motion of Daniel Reinganum, Esq. of the Law Offices of Daniel Reinganum PC and Daniel Reinganum, Esq., individually and f/d/b/a Law Offices of Daniel Reinganum for leave to withdraw as counsel, and the Court having considered the moving papers and any opposition thereto; and for good cause shown is it hereby **ORDERED:**

1. The Motion is **GRANTED** as set forth herein.
2. Daniel Reinganum, Esq., individually, f/d/b/a Law Offices of Daniel Reinganum, and Law Offices of Daniel Reinganum, PC are authorized to withdraw as counsel to the Debtor.
3. The Movant shall serve a copy of this Order on the Debtor at their last known address via First Class US mail and via electronic mail within seven (7) days of its entry.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-10383-ABA
David L. Hinchman, Jr. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Sep 09, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | David L. Hinchman, Jr., 324 Salem Handcocks Bridge Road, Salem, NJ 08079-9421 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew R. Turner | on behalf of Creditor Associated Truck Parts courts@turnerlaw.net |
| Brian Thomas | on behalf of Accountant Sharer Petree Brotz & Snyder brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | on behalf of Plaintiff Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian S. Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com |

| | |
|---|---|
| Daniel L Reinganum | on behalf of Debtor David L. Hinchman Jr. Daniel@ReinganumLaw.com, DanielReinganum@ecf.courtdrive.com;Reinganum.DanielR141976@notify.bestcase.com;admin@reinganumlaw.com;debbie@reinganumlaw.com |
| Gavin Stewart | on behalf of Creditor Ally Capital bk@stewartlegalgroup.com |
| Geoffrey Bray | on behalf of Creditor Victor Ottilio gbray@braynjlaw.com |
| Joseph A McCormick, Jr. | on behalf of Creditor Deere & Company jmccormick@mcdowelllegal.com djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com |
| Matthew K. Fissel | on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12