UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Daniel Reinganum, PC
Daniel Reinganum
615 White Horse Pike
Haddon Heights, NJ 08035
856-548-5440/Daniel@ReinganumLaw.com

| | |
|---|---|
| In Re: David L. Hinchman, Jr., Debtor(s) | Case No.: 26-10383 |
| | Chapter: 7 |
| | Adv. No.: ________ |
| | Hearing Date: ________ |
| | Judge: ABA |

## CERTIFICATION OF SERVICE

1. I, Debbie Jamison :

☐ represent the ______________________ in the above-captioned matter.

☑ am the secretary/paralegal for Daniel L. Reinganum, who represents the the debtor(s) in the above captioned matter.

☐ am the ______________________ in the above case and am representing myself.

2. On September 15, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Order Granting Motion to Withdraw as Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 15, 2026

***/s/ Debbie Jamison***
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David L. Hinchman, Jr.<br>324 Salem Hancocks Bridge Road<br>Salem NJ 08079 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |