UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ROBERT N. SNYDER, JR., CPA
Sharer Petree Brotz & Snyder
1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043
(856)435-3200
Accountant for the Chapter 7 Trustee

**Order Filed on September 25, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| **In Re:**<br><br>DAVID L. HINCHMAN, JR. | Case No.: 26-10383<br><br>Chapter 7<br><br>Hearing Date **09/24/26@ 2:00pm**<br><br>Judge: ABA |

**ORDER AWARDING FINAL APPLICATION**
**FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: September 25, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: DAVID L. HINCHMAN, JR.
Case No.: 26-10383\ABA
Caption of Order: Order Approving Final application for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Sharer Petree Brotz & Snyder | $2,756.00 | $18.85 |