**Order Filed on September 25, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>ROBERT N. SNYDER, JR., CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | |
| **In Re:**<br><br>DAVID L. HINCHMAN, JR. | Case No.: 26-10383<br><br>Chapter 7<br><br>Hearing Date **09/24/26@ 2:00pm**<br><br>Judge: ABA |

**ORDER AWARDING FINAL APPLICATION**
**FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: September 25, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: DAVID L. HINCHMAN, JR.
Case No.: 26-10383\ABA
Caption of Order: Order Approving Final application for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Sharer Petree Brotz & Snyder | $2,756.00 | $18.85 |

United States Bankruptcy Court

District of New Jersey

In re:
David L. Hinchman, Jr.
Debtor

Case No. 26-10383-ABA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Sep 25, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David L. Hinchman, Jr., 324 Salem Handcocks Bridge Road, Salem, NJ 08079-9421 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew R. Turner | on behalf of Creditor Associated Truck Parts courts@turnerlaw.net |
| Andrew R. Turner | on behalf of Defendant Associated Truck Parts courts@turnerlaw.net |
| Brian Thomas | on behalf of Accountant Sharer Petree Brotz & Snyder brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | on behalf of Plaintiff Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |

| | |
|---|---|
| Brian S. Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com |
| Gavin Stewart | on behalf of Creditor Ally Capital bk@stewartlegalgroup.com |
| Geoffrey Bray | on behalf of Creditor Victor Ottilio gbray@braynjlaw.com |
| Joseph A McCormick, Jr. | on behalf of Creditor Deere & Company jmccormick@mcdowelllegal.com djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com |
| Matthew K. Fissel | on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12